AO 310 (Rev. 03/16)

**T: 2 4 CV 0 0 0 6 6 3**
KES-BAM

Judicial Council of the                9TH                Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1.  Name of Complainant:     RODNEY T BROWN - PARTIES AFFECTED

    Contact Address:      3211 S NORTHPOINTE
    FRESNO, CA STOP B6008
    CA-7226-CC-1939

    **FILED**

    Daytime telephone:     (  559  ) 214-9248

    JUN 06 2024

    CLERK U.S. DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA

2.  Name(s) of Judge(s): /Def·  JUDGE WHALEN

    Court:     CIVIL COURT

    BY_____
    DEPUTY CLERK

3.  Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

    ☑ Yes          ☐ No

    If "yes," give the following information about each lawsuit:

    Court:      B F SISK CIVIL LIMITED

    Case Number:     23CECL09760

    Docket number of any appeal to the     03711  Circuit: Appellate

    Are (were) you a party or lawyer in the lawsuit?

    ☑ Party          ☐ Lawyer          ☐ Neither

    If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

    I was the defendant, STEVEN HRDLICKA FOR PLAINTIFF GSF INC. Judge

    There are TIGTA Agents involved and need WO litigation
    please,

Page 1 of 2

PH: 559-500-7095

*"The best way to predict the future*
*is to create it!"*

AO 310  (Rev. 03/16)

Judicial Council of the _____ 9TH _____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4.    **Brief Statement of Facts.**  Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based.  Include what happened, when and where it happened, and any information that would help an investigator check the facts.  If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5.    **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____ **Rodney T. Brown** Digitally signed by Rodney T. Brown Date: 2024.05.22 11:11:39 -07'00'          Date: _____ 05/13/2024

6/6/24





# U.S. Office of Special Counsel

| Navigation Bar |
| :--- |
| ◀ **Add / Delete a Complaint** |
| Prohibited Personnel Practices (PPP) |
| Report Government Wrongdoing (Disclosure) |
| **Certification** |
| Submission |

## CERTIFICATION

### * Denotes Required Fields

☑ I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief. I understand that a false statement or concealment of a material fact is a criminal offense punishable by a fine, imprisonment, or both <u>18 U.S.C. § 1001</u>

BURDEN: The burden for this collection of information (including the time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the form) is estimated to be an average of one hour to submit a disclosure of information alleging agency wrongdoing, one hour and fifteen minutes to submit a complaint alleging a prohibited personnel practice or other prohibited activity, or 30 minutes to submit a complaint alleging prohibited political activity. Please send any comments about this burden estimate, and suggestions for reducing the burden, to the U.S. Office of Special Counsel, General Counsel's Office, 1730 M Street, NW, Suite 218, Washington, DC 20036-4505.

OTHER INFORMATION: An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

> ***PLEASE KEEP A COPY OF YOUR COMPLAINT, ANY SUPPORTING DOCUMENTATION, AND ANY ADDITIONAL ALLEGATIONS THAT YOU SEND TO OSC NOW OR AT ANY TIME WHILE YOUR COMPLAINT IS PENDING.***
>
> *REPRODUCTION CHARGES UNDER THE FREEDOM OF INFORMATION ACT MAY APPLY TO ANY REQUEST YOU MAKE FOR COPIES OF MATERIALS THAT YOU PROVIDED TO OSC.*

If you would like to print and mail your complaint, please address it to:

U.S. Office of Special Counsel
1730 M Street, NW
Suite 218
Washington, DC 20036

OSC Form-14

OMB No. 3255-0005
Expires 02/29/2020

**Brown Rodney T**

| | |
|---|---|
| **From:** | Fraud <Fraud@gao.gov> |
| **Sent:** | Tuesday, February 27, 2024 10:57 AM |
| **To:** | Brown Rodney T |
| **Subject:** | [EXT] GAO submission COMP-24-002171 |
| **Attachments:** | Report to Ganey.pdf |

GAO - OIG

Thank you for contacting FraudNet at the United States Government Accountability Office (GAO).

This automated message serves as acknowledgment of your submission. A complaint control number has been assigned (COMP-24-002171). Please maintain this unique control number for your records and for use when contacting GAO about the status of your submission.

This submission will be reviewed in the order in which it was received by one of our experienced investigative research analysts. If you chose a filing preference of either standard or confidential, you may be contacted if additional information is required to process this allegation. If our analysts determine further action is warranted, we will refer your allegation to the appropriate federal, state, or local agency or department for potential audit or investigation.

**FraudNet**
Government Accountability Office (GAO)
441 G Street, N.W.
Mail Stop 4T21
Washington, DC 20548
Fax: 202.512.2841

**From:** Brown Rodney T <Rodney.T.Brown@irs.gov>
**Sent:** Tuesday, February 27, 2024 9:11 AM
**To:** Nguyen, Tranchau T <NguyenTT@gao.gov>
**Cc:** R B <rodbrown84@yahoo.com>
**Subject:** ATTN GAO

**CAUTION EXTERNAL EMAIL:** Do not click on any links or open any attachments unless you trust the sender and/or know the content is safe. If you are suspicious of the e-mail, click on the Report Suspicious Emails button.

ATTENTIRON NEEDED. HARASSMENT TAKEN PLACE BY ALLEGED TIGTA AGENT BY RAY NAGERA. NO HELP BECAUSE HE SYS HE IS RELATED TO INSPECTOR GENERAL

*Rodney T. Brown*
    W&I FRESNO AM
       AMRH
       Dept B6008

1

## Brown Rodney T

| | |
|---|---|
| **From:** | *TIGTA OIT CRM PR Email <CRM_PR_Email@tigta.treas.gov> |
| **Sent:** | Tuesday, February 6, 2024 12:41 PM |
| **To:** | Brown Rodney T |
| **Subject:** | TRN-2402-0111 | Complaint Filed |

Dear RODNEY BROWN,

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at https://www.tigta.gov/foia. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 901 D Street, SW, Suite 600, Washington, DC 20005.

*This is a system generated email, please do not reply directly to this email.

1



# Knarr Brandon TIGTA

Assistant Special Agent in Charge • IG for Tax Administration

📞 Start audio call    💬 Start chat    ✉ Send email    •••

Overview    Contact    **Organization**    Memberships

**KJ**   **Kirk John M TIGTA**
Special Agent in Charge
IG for Tax Administration    ?

**AR**   **Ammari Rod P TIGTA**
Special Agent in Charge
IG for Tax Administration    ?

**KT**   **Knarr Brandon TIGTA**
Assistant Special Agent in Charge
IG for Tax Administration

**AT**   **Au Man F TIGTA**
IG for Tax Administration

Mar 25, 2024 3:14:39 PM

**Brown Rodney T**

| | |
|---|---|
| **From:** | Brown Rodney T |
| **Sent:** | Thursday, May 23, 2024 2:40 PM |
| **To:** | Paik Brian H TIGTA |
| **Subject:** | RE: Hello |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Paik Brian H TIGTA | Read: 5/23/2024 2:48 PM |

Ok I will give you a call soon as I can get somewhere private.

In the meantime, I am in Fresno, and I am unable to continue a report with Special Agent Ganey. I need someone I can trust because I have a written report, I need to give to her directly and believe my emails to her are being misdirected and monitored by another agent abusing their authority. I heard this information from a retired Agent Richard Calderon from the Fresno Office. I like to keep confidential and away from any other Special Agents, and Special Agents in Charge in charge in that office due to my circumstance please.

So, could you please contact her directly and if not able to please put me in touch with the Office of Special Counsel. OIG, GAO will suffice as well.

I am in office today. I will leave a copy of this report in my overhead desk CA7226-CC-1939

*Rodney T. Brown*

W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

*"The best way to predict the future is to create it!"*

**From:** Paik Brian H TIGTA <Brian.Paik@tigta.treas.gov>
**Sent:** Thursday, May 23, 2024 2:16 PM
**To:** Brown Rodney T <Rodney.T.Brown@irs.gov>
**Subject:** RE: Hello I need some help

1

# RE: Appointment

**GA**   Ganey Autumn C TIGTA <Autumn.Ganey@tigta.treas.gov>   ☼:   ⤺ Reply   ⤺ Reply All   ⤻ Forward   ⟳   •••
To  ● Brown Rodney T                                                                         Wed 1/31/2024 8:42 AM

🔒

⟨ i ⟩ You forwarded this message on 1/31/2024 8:43 AM.

no

From: Brown Rodney T <Rodney.T.Brown@irs.gov>
Sent: Wednesday, January 31, 2024 8:42 AM
To: Ganey Autumn C TIGTA <Autumn.Ganey@tigta.treas.gov>
Subject: RE: Appointment

CAN I MEET YOU TODAY AT NORTHPOINT?


*Rodney T. Brown*
W&I FRESNO AM
AMRH/CAF
Dept B6008
PH: 559-500-7095


*"The best way to predict the future
is to create it!"*


From: Ganey Autumn C TIGTA <Autumn.Ganey@tigta.treas.gov>
Sent: Wednesday, January 31, 2024 7:54 AM
To: Manoz Marlyn Y <Marlyn.Manoz@irs.gov>

## Brown Rodney T

**From:** Brown Rodney T
**Sent:** Friday, March 15, 2024 7:54 AM
**To:** Ganey Autumn C TIGTA
**Cc:** Dahl Daniel L TIGTA
**Subject:** UPDATE

Filing a Police report for a second time today in person as the initial report may have been spoofed.
Will drop a copy to CI.

Also work affected and SETR is all messed up due to AWOL and LWOP charges in excess.

More importantly my transportation has been stalled due to the Abuse of authority by Ray and Michael continuing to act immaturely coincidentally upon trying to get my appeal filed. Making it obvious that they don't want me to remove the fraudulent unlawful detainer they applied.

They are remotely controlling my vehicle and not allowing it to run by killing the engine on demand. Second occurrence. Putting my safety at risk by doing so in the middle of an intersection. Will add to Report. Also no response from Ganey after delivering a hard copy of added documentation demonstrating their misconduct.

*Rodney T. Brown*

W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

*"The best way to predict the future*
*is to <u>create it!</u>"*

1

# Hate Crime , Hatch Act Vilation & FCA Report

> ➢ **04/18/2024 – 12:33pm – In Office**

In office and nothing changed, still be assaulted in various and comes from many different sources. Knees under desk are being attacked and Michael still talking to me and seems careless as he continues and suggests he will not get caught and I have no proof. Bullied to file a police report with his so-called brother Edward from Park West Apartments. A former neighbor of mine. Now saying he is going to rape my daughter and that he coerced her as well. I will take another photo and add it to my report.

**Agent Dahl** still acting like he is unaware and not under their Jurisdiction. **Michael** is now calling me a racial slur.

Received Documents in UPS envelope from **TIGTA** yet was not addressed to properly and my Documents that are on record with **TIGTA** were mishandled and given to my manager and she gave to me at the end of the day after I emailed the TIGTA office that I come by for the Docs to keep them confidential and not be mishandled. Not mailed yet just dropped off to her when I was present. Media with **our AUDIO RECORDED MEETING 03/26/2024** WAS not included. Will attempt to retrieve today.

Laptop still being fixed by **TIGTA** and seems like they will hold on until they can relay the time to where I may not be able to retrieve the media from the **TIGTA** office. **Agent Dahl,** I thought Retired and Armenian **and Rod P Ammari is not a actual federal agent,** and the names may have been changed to prevent the truth being revealed.

The case was reviewed and within 1 week considered not something that is under their jurisdiction. Yet, involves the criteria stated on website and federal regulations. Dan was the name called by agent Wahl and suspiciously his emails and read receipts have disappeared. No word from **Special Agent Ganey** will start a new report now with the forms from the **TIGTA** Intranet and make it clear that it's obvious that someone is covering for someone which explains my spoofed emails and the prevention going to the office and meeting with Agent Ganey and Ammari and when looked up **Ammari is located not in Fresno but in Los Angeles Ca.**

They overlooked a IRM reference on SERP that was called **the JAMES AUDIT** which is now gone, I printed for them and seemed not care about the IRM itself??

- ❖ *Many other spoofed documents in relation supporting this type of misconduct. details and photos included in Diagram ( 0000-00 ) included.

<u>04/19/2024 – 7:30am</u>

4,000 hours of this stalking and Cyber-bullying and TIGTA cannot account for one even when my SETR was breached, and funds misappropriated. Including sexual harassment which I foind this on their Intranet Website

**Reported to TIGTA from Intranet**

Sexual harassment is a form of sex discrimination and violates <u>Title VII of the Civil Rights Act of 1964</u> . Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitutes sexual harassment when:

a) submission to such conduct is either an explicit or implicit condition of an individual's employment;
b) submission to or rejection of such conduct is used as the basis for employment decisions affecting such an individual, or
c) such conduct has the purpose or effect of unreasonably interfering with work performance or creating an intimidating, hostile, or offensive working environment.

*Follow up with court issued sue from Wells Fargo bank after her car crash from rental car without the renters driver.*

➤ <u>04/22/2024 7:15am</u>

At the temporary workstation and they are still communicating with me asking me to make a **police report and sexually assaulting** me with their lasers again targeting my genitals and butox area saying they want me to smell. **They Imposed as two fake officers yesterday and seen them directly.** One fled after making eye contact and **Michael** left him in the other direction on Belmont and Cedar They took pictures of the bus as well and **bus** has several cameras proving this. This was at 7:20pm and route 38 and bus number 1605.

➤ **7:43am**

Told that **Felicia** is watching and **Marlyn**. And still feel laser at buttox area. Sexual Assault. **TIGTA** will be emailed shortly and filing a case CHP on my break about their misconduct. Will attempt to retrieve my audio record from **TIGTA** after work or they will possibly drop it off like they did my tangible written report and other docs. They attempt to distract me purposely and are making the Dept of Treasury look highly embarrassing. Michael was tethered to **William Carney** before he was murdered and did not report it. May have spoofed **DA** card I received from his mother.

Just told reason in office is for me to perform my work **as Michael** monitors and continue to modify my cases to create the perception I do not know how to do my work. Sounds evil and still sexually

**From:** Report Federal Fraud, Waste or Abuse
**To:** FraudNET: Toll-Free (800)424-5454
**Cc:** Online at
**Subject:** RE: [EXT] GAO Report
**Date:** Wednesday, May 22, 2024 6:46:23 PM
**Attachments:**

## IRM

### 11.51.1.1.3.4    *LB&I TIGTA/GAO Audit Liaison*

•

Yes, I like to report something in person if you could have an GAO Special Agent come out to the TIGTA office in Fresno.

This involves. ..

- . Using government resources for personal purposes is a common misconduct charge. Government property can include a vast array of things, including vehicles, computers, or even office supplies.
- **Failure to safeguard sensitive information**. The vast majority of government positions involve some degree of sensitive or classified information. Failing to secure and protect this kind of information can have dire consequences and is a severe form of misconduct.
- **or providing false information.** Providing false information on official documents, during investigations, or in other capacities is a kind of misconduct. Examples include falsifying time and what they were doing with that time.



Apr 8, 2024 9:53:36AM

Thank you for your time,

**Rodney T. Brown**
W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

*"The best way to predict the future
is to create it!"*

**From:** Arp, James (Howard) <ArpJ@gao.gov>
**Sent:** Tuesday, May 21, 2024 4:21 AM
**To:** Brown Rodney T <Rodney.T.Brown@irs.gov>
**Subject:** [EXT] GAO Report

Mr. Brown,

The message you sent yesterday evening (5/21 at 5:15pm) contains an attachment that is not accessible at GAO. Were you trying to report something? If so, I am happy to work with you to do so. Please let me know how I can be of assistance.

Respectfully,

*J. Howard Arp*
Director of Investigations
Forensic Audits and Investigative Service
U.S. Government Accountability Office (GAO)

*"It's not the will to win that matters – everyone has that. It's the will to prepare to win that matters."*
Paul "Bear" Bryant

Sunburst Apartments
4294 N. Hughes Ave
Fresno, Ca 93705

17 AUG 2023 PM 5

Rodney T. Brown
4294 N Hughes Ave #190
Fresno, CA
93705

93705-163040

STEVEN R. HRDLICKA
Attorney at Law
555 W. Shaw Ave., Ste. C-1
Fresno, CA 93704

RETURN SERVICE REQUESTED

7 DEC 2023 PM

FIRST-CLASS MAIL

US POSTAGE

RODNEY T. BROWN
4294 N. HUGHES AVE #190
FRESNO, CA 93705

93705-163040

Sunburst Apartments
4294 N. Hughes Ave
Fresno, Ca 93705

FRESNO CA 936

29 AUG 2023

US POSTAGE

$ 000.63

Rodney Brown
4294 N Hughes Ave #190
Fresno, CA
93705

93705-121859

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

I hate to speculate on the matter but what has come to my attention is deliberate and intentional. I have suffered a loss and the Company that **Attorney Steven Hrdlicka Represents (GSFP INC)** I believe has **Committed Tax Fraud** towards me to gain control of the property in the form of filing a Unlawful Detainer complaint. In these forms involving an Agent that works or is affiliated with TIGTA.

**Data entry errors, Error of omission, Error of commission, Error of transposition, Compensating error, Error of duplication, Error of principle, Error of entry reversal**

**Breach of contract-all defenses are in -MC-025 FILED IN MY RESPONSE TO THE COMPLAINT.**

There is a transcript that Steven Hrdlicka Requested be taken of this trial. I filed original copies of all materials another copy during the trial and information was omitted. Case number 23CECL09760.

Noticing there have been modifications of the documentation according to my actual payments reflected on the Ledger that was entered into evidence I decided to create EXEL Balance Sheet that reflects the actual payments and charges. Including but not limited to proof of service. *Print off Ledger attached and balancing.

A simple note was - the Objection of evidence I gave that was not adhered to.

**The Trial date was held on 12/19/2023 coincidentally being the same day as my Daughters Birthday**. The Judge that ruled on the case did not provide a statement of judgment nor did they reach the burden of proof.

Also proof of service filed

was filed blank and served by an agent of GSF properties yet was Served by a Officer that stated they officer had and only had print of a sheriff badge in teal that was noticed by the neighbor that has a camera on her front window ledge. Was later informed it was an Agent of the the Dept of treasury.

Mail fraud as stated before has led to my fraudulent Unlawful Detainer. More importantly the assault and tress upon me for no good cause and furthermore my work here at the IRS which has been sustained 15 years.

I have the Original Envelopes that I provided to Attorney Steven Hrdlicka in color, Property Management and to your the TIGTA office located downtown. **I obtained the courts Minute order before the actual Trial with the exact ruling that was given on 12/19/2024.**
Key points are..

The envelopes were dated AUG 29th 2023 that contained this with another form s**igned by the Deputy officer.**

**The dates of the Envelopes...**
**The pricing of the Envelopes postages...**
**The writing of the envelopes was Ms Vatchers-the property manager.**
**The Images contained in the Postage Stamps...**

**This also, was entered and filed with judge whalen on my request to file a stay. He on record stated his thoughts of the incident regarding the envelopes.**

Sunburst Apartments
4294 N. Hughes Ave.
Fresno, Ca 93705

SACRAMENTO CA 957

12 AUG 2023 PM 5 L

FOREVER

Rodney T. Brown
4294 N Hughes Ave #190
Fresno, CA
93705

93705-163040

STEVEN R. HRDLICKA
Attorney at Law
555 W. Shaw Ave., Ste. C-1
Fresno, CA 93704

RETURN SERVICE REQUESTED

7 DEC 2023 PM

FIRST CLASS MAIL
$000.63
US POSTAGE

RODNEY T. BROWN
4294 N. HUGHES AVE #190
FRESNO, CA 93705

93705-163040

Sunburst Apartments
4294 N. Hughes Ave
Fresno, Ca 93705

FRESNO CA 936

US POSTAGE

$ 000.63

Rodney Brown
4294 N Hughes Ave #190
Fresno, CA
93705

**\*Federal Tax Information (FTI): Share only
with authenticated authorized persons
with need to know.**

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

When performing an integrated audit of financial statements and procuring internal control over my financial reporting is when I gained knowledge of the discrepancies. Typically, management and employees engaged in fraud will take steps to conceal the fraud from the auditors and others within and outside the organization(unknown third party). Fraud may be concealed by withholding evidence or misrepresenting information in response to inquiries or by falsifying documentation that I observed being entered into court 12/15/2024.

For example, management that engages in fraudulent financial reporting might alter financial documents such as the ledger and lease that was entered into evidence . Employees or members of management who misappropriate cash might try to conceal their thefts by forging signatures or falsifying electronic approvals on disbursement authorizations. There were several occurrences filed in case 23CECL09760 by the Plaintiff GSF Inc this Ms. Vatcher-property manager.

Another important issue is that has been noticed is some fluctuation on my credit report. excessive overcharges from child support when I have received overpayment's which are provided in the documentation given to you. Also, include the over charges in my PG&E bill. Print attached reflecting balance and surges in charges that are un-ordinary.

Cyber-crime that included breaching my network  and a theft of emails. Along with other crime that led to other personal belongings being stolen. I filed a police report and a complaint against the police dept when reported the car burglary that led to personal items and mail. *Print attached. Police never responded.

This all is due to the individuals stated to you before. Hacking and extorting my funds in any way they could and this in the excess of 11,001 dollars. Using their Laser tech to compromise my decision making. The welcomed entries into my home and trespassing when I had it posted on my backyard. The defacing of property. Print included.

Credit report incorrectly shownI have proof of over payment fron CSS.

Sabotage of work that has been ongoing for over 5 years and reported to TIGTA when working in DCF and most recent when my old manager Kristen was cyber stalking me at the northpointe bldg and disclosing personal information in the form of gossip to other employees and my manager during the time in office on Thursdays.

I don't want to be right or wrong I just like to be fair and things to back to the way before understanding there will be some things that cannot be undone. I could not imagine someone capable of doing this at work and at home without being above or with TIGTA especially going unkown.

✗ RAY NAJERA STATES
HE IS THE PERSON WHO
SERVED THE SUMMONS TO
RODNEY BROWN TO HIS
HOME.   4294 N. HUGES AVG APT 190 FRESNO, CA 93705

STATES HE IS TIGTA

6/6/24

# § 2710.2 Public inspection and copying.

(a) *Background.* 5 U.S.C. 552(a)(2) required that each agency make certain kinds of records available for public inspection and copying.

(b) *Procedure.* Persons wishing to gain access to OIRM records should contact the Information Access & Disclosure Officer by writing to the address shown in 2710.4(b)(2).

- For questions or comments on editorial content, features, or design, email us at: fedreg.info@nara.gov.
- For questions concerning FederalRegister.gov programming and technical issues, please use the Feedback button.
- For questions on access for the visually impaired, see the Accessibility page of this website.

**To contact the Office of the Federal Register, visit the OFR Contact page.**

The Director of the Office of Compliance and Integrity (OCI) performs independent quality assurance and internal control reviews of OIG operations. OCI also investigates allegations of criminal and/or serious administrative misconduct by OIG employees.

(2) Section 3(g) of the IG Act mandates that each IG shall obtain legal advice from a counsel either reporting directly to the IG or to another IG. Within USDA-OIG, such legal advice is provided by the Counsel to the Inspector General. The Office of Counsel (OC) provides legal advice and representation on issues arising during the course of audit, investigative, and Office of Data Sciences (ODS) activities or on internal administrative and management issues. OC also manages OIG's congressional, media relations, ethics, Freedom of Information Act, and Privacy Act programs; and reviews proposed legislation, regulations, and procedures.

(3) The Director of the Office of Diversity and Conflict Resolution advises OIG leadership on applying the principles of civil rights, equal employment opportunity, dispute resolution, diversity, and inclusion, on matters affecting the OIG workforce, program activities, and development of policy. This office also guides all OIG personnel through the use of the Federal sector employment discrimination complaints and dispute resolution processes, as needed.

(c) *Operational units.*

(1) The AIG/A carries out the OIG's domestic and foreign audit operations through a headquarters office and three regional offices shown in § 2610.3(a). The staff provides for audit review of information technology (IT) security throughout USDA. Auditing officials conduct operational liaison on audit matters; schedule and conduct audits; release audit reports to management; monitor agency action to assure that audit reports have been properly acted upon through review of Department management follow up systems; monitor the quality of OIG audit reports; and coordinate activities with the AIG/I. The staff also provides an integrated approach to fraud prevention and detection and management improvement in USDA programs and operations; coordinates analyses and reports on vulnerability assessments; and recommends policies and provides technical assistance for audit operations. The Auditing headquarters office consists of the immediate office of the AIG/A and five staff divisions.

(2) The Assistant Inspector General for Data Sciences carries out OIG's data sciences operations through a headquarters office. OIG officials within ODS perform predictive data analysis, statistical sampling, modeling, computer matching, data mining, and data warehousing of USDA programs and operations in support of OIG audits, investigations, and other activities.

(3) The AIG/I carries out OIG's domestic and foreign investigative operations through a headquarters office and the five regional offices shown in § 2610.3(b). Investigations officials conduct operational and intelligence liaison on investigative matters with the Federal Bureau of Investigation, Secret Service, Internal Revenue Service, Interpol, and other Federal, State, and local law enforcement organizations; determine the need for investigative action; conduct investigations; prepare factual reports of investigative findings; refer reports for appropriate administrative or legal action; follow up on agency actions to assure that OIG investigative reports have been properly acted upon; monitor the quality of investigative reports; and coordinate activities with the AIG/A. The staff also conducts special investigations of major programs, operations, and high level officials; can assist the Secretary's security office in providing for the protection of the Secretary and Deputy Secretary; and receives and processes employee complaints concerning possible violations of laws, rules, regulations or mismanagement. The OIG Whistleblower Protection Ombudsman described in § 2610.1(c)(17) is located within the Office of Investigations.

(4) The Assistant Inspector General for Management (AIG/M) manages formulation of OIG policies and procedures; develops, administers and directs comprehensive programs for the management, budget, financial, personnel, systems improvement, and information activities and operations of OIG; and is responsible for OIG IT and information management systems. The staff maintains OIG's directives system, and Departmental Regulations and Federal Register issuances. The immediate office of the AIG/M and four divisions carry out these functions.

**Secretary of Agriculture**

At the request of the Secretary's security office, determine the availability of OIG law enforcement personnel to assist the security office in providing for the personal security of the Secretary and Deputy Secretary.

**(1)** Designate OIG employees who investigate alleged or suspected felony criminal violations of statutes administered by the Secretary of Agriculture or any agency of USDA, when engaged in the performance of official duties to

**(2)**

**(3)** Serve as liaison official for the Department for all audits of USDA performed by the Government Accountability Office.

**(e)** The IG, under section 1337 of the Agriculture and Food Act of 1981, Public Law 97-98, 7 U.S.C. 2270, and pursuant to rules issued by the Secretary in part 1a of this title, has the authority to:

For questions or comments on editorial content, features, or design, email us at: fedreg.info@nara.gov.

- For questions concerning FederalRegister.gov programming and technical issues, please use the Feedback button.
- For questions on access for the visually impaired, see the Accessibility page of this website.

The Inspector General Act of 1978, as amended, 5 U.S.C. app. (IG Act), established an Office of Inspector General (OIG) in the U.S. Department of Agriculture (USDA) and transferred to it the functions, powers, and duties of offices referred to in the Department as the "Office of Investigation" and the "Office of Audit," previously assigned to the OIG created by the Secretary's Memoranda 1915 and 1727, dated March 23, 1977, and October 5, 1977, respectively. Under the IG Act, OIG was established as an independent and objective unit, headed by the Inspector General (IG), who is appointed by the President and reports to and is under the general supervision of the Secretary.

**(b)** OIG conducts and supervises audits and investigations relating to Department programs and operations; provides leadership and coordination and recommends policies for activities designed to promote economy, efficiency, and effectiveness in the administration of, and to prevent and detect fraud and abuse in, such programs and operations; and provides a means for keeping the Secretary of Agriculture and the Congress fully and currently informed about problems and deficiencies relating to the administration of such programs and operations and the necessity for and progress of corrective action.

**(c) The IG has specific duties, responsibilities, and authorities pursuant to the IG Act, including to:**

**(1)** Provide policy direction for, and conduct, supervise, and coordinate audits and investigations relating to USDA programs and operations.

**(2)** Review existing and proposed legislation and regulations related to USDA programs and operations and make recommendations to the Secretary and the Congress on the impact such laws or regulations will have on the economy and efficiency of program administration or in the prevention and detection of fraud and abuse in USDA programs and operations.

**(3)** Recommend policies for, and conduct, supervise, or coordinate other activities carried out or financed by USDA for the purpose of promoting economy and efficiency in the administration of, or preventing and detecting fraud and abuse, in USDA programs and operations.

**(4)** Recommend policies for, and conduct, supervise, or coordinate relationships between, USDA and other Federal, State, and local governmental agencies and nongovernmental entities regarding the promotion of economy and efficiency, prevention of fraud and abuse, or the identification and prosecution of participants in fraud and abuse.

**(5)** Keep the Secretary and the Congress fully and currently informed about problems, abuses, and deficiencies, and the necessity for and progress of corrective actions in the administration of USDA programs and operations.

**(6)** Report expeditiously to the Attorney General any matter where there are reasonable grounds to believe there has been a violation of Federal criminal law.

**(7)** Have access to all records, reports, audits, reviews, documents, papers, recommendations, or other material available to the Department which relate to programs and operations for which the IG has responsibility.

**(8)** Make such investigations and reports relating to the administration of USDA programs and operations as are, in the judgment of the IG, necessary or desirable.

**(9)** Request such information or assistance as may be necessary for carrying out the duties and responsibilities of the IG Act from any Federal, State, or local governmental agency or unit thereof.

**(10)** Issue subpoenas for the production of information, documents, reports, answers, records, accounts, papers, and other data in any medium (including electronically stored information, as well as any tangible thing) and documentary evidence necessary in the performance of functions assigned by the IG Act, except that procedures other than subpoenas shall be used to obtain documents and information from Federal agencies.

**(11)** Whenever necessary in the performance of functions assigned by the IG Act, administer to or take from any person an oath, affirmation, or affidavit, which shall have the same force and effect as if administered or taken by or before an officer having a seal.

**(12)** Have direct and prompt access to the Secretary when necessary for any purpose pertaining to the performance of functions and responsibilities under the IG Act.

**(13)** Select, appoint, and employ necessary officers and employees in OIG in accordance with laws and regulations governing the civil service, including an Assistant Inspector General for Audit (AIG/A) and an Assistant Inspector General for Investigations (AIG/I).

**(14)** Obtain services as authorized by 5 U.S.C. 3109.

**(15)** Enter into contracts and other arrangements for audits, inspections, studies, analyses, and other services with public agencies and private persons, **and make such payments as may be necessary to carry out the provisions of the IG Act, to the extent and in such amounts as may be provided in advance by an appropriation act.**

**(16)** Receive and investigate complaints or information from any Department employee concerning the possible existence of an activity constituting a violation of law, rules, or regulations, or mismanagement, gross waste of funds, abuse of authority, or a substantial and specific danger to the public health and safety.

**(17)** Designate a Whistleblower Protection Ombudsman, who will educate Department employees about prohibitions on retaliation for protected disclosures; and who have made or are contemplating making a protected disclosure about the rights and remedies against retaliation for protected disclosures.

**(d)** Pursuant to § 2.33 of this title, the Secretary has made the following delegations of authority to the IG:

(1) Advise the Secretary and General officers in the planning, development, and execution of Department policies and programs.

(2) At the request of the Secretary's security office, determine the availability of OIG law enforcement personnel to assist the security office in providing for the personal security of the Secretary and Deputy Secretary.

(3) Serve as liaison official for the Department for all audits of USDA performed by the Government Accountability Office.

**(e)** The IG, under section 1337 of the Agriculture and Food Act of 1981, Public Law 97-98, 7 U.S.C. 2270, and pursuant to rules issued by the Secretary in part 1a of this title, has the authority to:

(1) Designate OIG employees who investigate alleged or suspected felony criminal violations of statutes administered by the Secretary of Agriculture or any agency of USDA, when engaged in the performance of official duties to:

(i) Make an arrest without a warrant for any such criminal felony violation if such violation is committed, or if the employee has probable cause to believe that such violation is being committed, in his/her presence;

(ii) Execute and serve a warrant for an arrest, for the search of premises, or the seizure of evidence when issued under authority of the United States upon probable cause to believe that such a violation has been committed; and

(iii) Carry a firearm.

*(2) Issue directives and take the actions prescribed by the Secretary's rules.*

**04/29/2024 - PAYROLL NOTIFIED OF POTENTIAL FRAUD - HRC0228780**



## Corporate Fraud

Corporate fraud frequently involves violations of the Internal Revenue Code (IRC) through falsification of corporate and individual tax returns and CI has exclusive investigatory jurisdiction over criminal violations of the IRC.

## Employment Tax Enforcement

Employment tax evasion schemes can take a variety of forms. Some of the more prevalent methods of evasion include pyramiding, employee leasing, paying employees in cash, filing false payroll tax returns or failing to file payroll tax returns. Evading employment taxes can have serious consequences for employers and the employees.

### Financial Institution Fraud

Criminal Investigation focuses on tax and money laundering violations involving fraud against banks, savings and loan associations, credit unions, check cashers, money remitters, and other financial institutions. Currency Transaction Reports and Suspicious Activity Reports continue to be effective investigative tools in the financial world.

### Gaming

Illegal gaming operations, including bookmaking, numbers, Internet and some charitable gaming operations, continue to be areas of compliance concern. Criminal Investigation continues to play an enforcement role in the illegal gaming industry and to support regulatory and legislative initiatives aimed at eliminating an environment conducive to illegal gambling.

### General Fraud Investigations

Criminal Investigation special agents investigate violations of the tax laws and related financial crimes. Taxpayers who chose to willfully and intentionally not comply with their legal responsibility to file required tax returns and/or pay taxes pose a serious threat to tax administration and the American economy.

### Public Corruption Crimes

Public corruption investigations encompass a wide variety of criminal offenses including bribery, extortion, embezzlement, illegal kickbacks, entitlement and subsidy fraud, bank fraud, tax fraud, and money laundering. Criminal Investigation concentrates its resources on the tax and money laundering aspects of these investigations in cooperation with other federal, state, and local law enforcement agencies. The expertise used in investigations has established our reputation as one of the leaders in the fight against corrupt public officials.

CONFIDENTIAL

FTI – Federal Tax Information (FTI) refers to a taxpayer's return and return information protected from unauthorized disclosure under IRC 6103. Share only with authenticated authorized persons with need to know. This law defines return information as any information the IRS has about a tax or information return, liability, or potential liability under Title 26. This return information includes, but is not limited to, a taxpayer's: identity, income, payments, deductions, exemptions, or credits; assets, liabilities, or net worth, or tax liability investigation status (whether the IRS ever investigates or examines the return). If it's PII that is also FTI, label it FTI instead. Redacting, masking, or truncating tax information does not change its nature. It is still tax information. See IRM 10.5.1.2.4.

Whenever the Attorney General has reasonable cause to believe that a violation of paragraph (1) has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice

Rodney Brown
288LB

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

# I permit no one in the Fresno TIGTA EXCEPT Special Agent Ganey #

Article I.          Executive Summary

# Dear Whistleblower Office, GAO, OIG & DOJ

I Rodney Brown am writing to report a series of overlooked events and misconduct that have occurred within the Department of Treasury. These actions have violated the oaths of office of the individuals involved, betrayed the federal government and its employees, and greatly disappointed the taxpayers. Reports have been sent into multiple agencies and a court trial. Case number CE2309760 that the fraud and misconduct took place on 12/19/2024 Which landed on my daughter's birthday. The same day I brought to the attention of TIGTA and years ago when working with agents undercover and the spouse of an retired agent who's son is now partaking in this misconduct. The other individual has relatives still working as himself to conduct this type of behavior and have it overlooked.

Specifically, I have observed and experienced:

➤ FCA Violation, Hatch Act Violation, Fraud & whole can be specified as a Hate Crime towards myself.

➤ **Fabrication of Evidence: ** Creating or altering evidence to support a case against a suspect.
➤ **Perjury: ** Lying under oath in a court proceeding or official investigation.
➤ Obstruction of Justice: ** Interfering with a criminal investigation or prosecution.
➤ **Abuse of Authority: ** Using one's position as a federal agent for personal gain or to intimidate others.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

- **Civil Rights Violations: \*\*** Depriving someone of their constitutional rights, such as the right to due process or equal protection under the law.
- **Sexual Harassment or Assault: \*\*** Engaging in inappropriate sexual conduct or making unwanted sexual advances.

\* List of overlooked events and misconduct by TIGTA during their 5-day investigation yet when Anonymous they had findings rather more important, I have been suffering from this misconduct for 7 years as it never desisted.

- **Misuse of position.** This charge encompasses any situations where an employee uses their position for personal gain or to benefit friends and family. Examples might be granting undue favors, accepting bribes, or nepotism

- **Harassment or discrimination.** Engaging in discriminatory or harassing behavior because of certain protected characteristics is a grave form of misconduct. Protected categories include an individual's race, sexual orientation, religion, disability, or gender identity.

- **Failure to follow directives:** Although this might seem minor, consistently ignoring or defying direct orders from supervisors can be serious misconduct.

These actions have had a detrimental impact on the integrity of the Department of Treasury and the trust of the American people. It is imperative that these matters be investigated thoroughly, and appropriate action be taken.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

I urge you to open an investigation into these allegations and hold the responsible individuals accountable for their actions. I am willing to provide further information and documentation as needed.

TIGTA took report where Rodney Brown remained Anonymous, claims that these allegations were addressed, and one part of the resolution was removing his desk when in the DCF Unit due to the electromagnetic points identified on his desk for laser relay. Jessica Garcia Confirmed this action with Special Agent Ganey and Dahl as he was an addition Agent I requested in at the time of this incident.

After Filing an additional Report with TIGTA on record they would not allow me to see Special Agent Ganey up until this point and was misled by being told she was on vacation and received my documents I dropped off several different times beginning 12/19/2023 which is the same day as my daughter's birthday. To Agents that did not identify themselves correctly nor record this event yet stated in the meeting room they reached out to her. This included a picture of 3 envelopes on color that Michelle Vatcher landlord, Janeen Breedlove and Steven Hrdlicka was involved in a scheme to illegally have me removed along with Ray Najera and Michael Calderon's Help In regard to case number 23CECL09760 as I was told was investigated by Agents Dahl and Wall, yet the documents were for Ganey review. I went on record and was told by another Lady special Agent and Wall that I was not permitted to see her, and Dahl brandished his weapon along with badge. Upon Interview they brought in a little black box and lady agent photographed me. I also have not received my FOIA request for this appointment and Agent Ganey' and my original report that Agent Dahl advised me to do.

The issue at hand is that I am suffered due to the misconduct and abuse of power by federal agents or those contracted out by TIGTA.

Whenever the Attorney General has reasonable cause to believe that a violation of paragraph (1) has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

## Article II.        Background

This abuse of power gives notice to why the IRM has been modified on their behalf and went unnoticed by TIGTA, the numerous amounts of "FTI signed *encrypted Emails" have intercepted, replied to and even acknowledged with read receipts. Some replied to in making a mockery of these prestigious agencies such as GAO, OSC, WO, UNION CH97, OIG, OPM, Secretary of treasury and numerous Special Agents as follows blatantly violating my Civil Rights and brings me to find understanding how this in now out of jurisdiction and important as well explicitly told I cannot meet or see Agent Ganey, for she s the one that took my initial report and subsequently until these names were brought up in TIGTA said some of the following was out of their jurisdiction.

- ➢ **Unauthorized use of government property**. Using government resources for personal purposes is a common misconduct charge. Government property can include a vast array of things, including vehicles, computers, or even office supplies.
- ➢ **Failure to safeguard sensitive information**. The vast majority of government positions involve some degree of sensitive or classified information. Failing to secure and protect this kind of information can have dire consequences and is a severe form of misconduct.
- ➢ **Lack of candor or providing false information.** Providing false information on official documents, during investigations, or in other capacities is a kind of misconduct. Examples include falsifying time and what they were doing with that time.

More about myself and the background I am currently employed with the Internal Revenue Service 16 years. I began in the mail room as an extractor then to a lead in the Mail Room, Files, IDRS (Integrated Data Retrieval System) unit then to DCF then RFIQ (refund Inquiry ) and currently in AMRH with Marlyn Manoz as my current manager.

Unfortunately, she participated in this cover for investigation called the Surge to really protect themselves from the fraud they have committed beforehand. Subsequently this investigation started right after this Surge and in the mist of Kristen Razo illegally monitoring y computer remotely with credentials given to her by TIGTA Agents. She exposed confidential information in detail and directly to my current manager Marlyn Manoz. The DM and OPS I made aware

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

of this and was downplayed as if not. She gossiped loud enough to the whole unit and slandered my name on the behalf of these persons involved in this scandal.

During my time in Mail Room is where I dated channary. Then after moving to DCF, I Dated Angelica Whaples and following Ray Najera did as well. This is the second occurrence. She is one of the persons that shared he was obsessed and constantly asking questions about me and stalking me on his own behalf and befriending her and my next girlfriend at the time Angelica Whaples to obtain information and what I believe is jealousy and makes me unsettled about this individual being in TIGTA and abusing his authorities. Channary saying, he was in some sort of organized crime ring such as the Illuminati.

Michael was motivated by Rays personal ambitions regarding Channary to target me because he thought I told on him writing fake doctors notes as well forging signatures to take her to motel 6 after exhausting his Sick Leave and so they could court each other. Alyssa his daughter told channary that he does this with a lot of women to make her jealous as she says showing his Facebook friends. Furthermore, Special Agent Richard Calderon at the time was not yet retired. Being Husband of Mary Calderon Martinez and Michaels Father TIGTA teamed up to help Ray as his family is in TIGTA as well and he admittingly stole 3 checks from me in DCF to make me look bad. Ray would leave his mark by making fake companies and modifying Control-D to make secret comments to me. Mammaraldo was one of the names he used on a check. Two people conveyed this to me. Michael's mother being upset told me he was involved, and Karla Wenzel was doing what he asked and relaying information or using his lasers to coerce other. Not to mention his motive being his mother would pick me up daily and chat via text here and there. Then became enraged when he found out she bring me food from home and take me out.

I reported the information regarding the checks and had to have Terrance do a physical count every day because my production tags and inventory sheets would come up missing regularly reported exactly that.

I also just as important reported the use of Laser technology which is still relevant and used in numerous ways to assault me physically including sexually as they make racial slurs.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

Special Agent Ganey (TIGTA) immediately Identified this Tech and asked if it was towards the fillings in my teeth. I said yes but remained anonymous at the time. Now after going on record and saying their name because I was scared initially to expose them, and Mary and Karls be targeted as well along with Patricia being kind enough to share some private info.

He most recent type of misconduct witnessed by me of them impersonating a sheriff and police office on Cedar and Belmont.  Also fraudulently applying an unlawful detainer on my SSN and credit report that I file Identity Theft with OGDEN TIGTA Agents with my 1040. Fraud for GSF INC in the form of ledger and lease for my previous residence 4294 N Hughes Ave Apt 190 Fresno Ca, 93705 Sunburst Apts. Including modification of my Tax Records and a cyber-crime detailed in this report.

**The behavioral tendencies can be deemed as stalkerish that correlates with the harassment and defamation of character I been suffering from.**

I observed and believed whole heartedly that these types of perpetrators that are to serve the dept of treasury have betrayed their duties and honor to our country. To treat a taxpayer in such as manner is very disturbing. Rather as important myself being a federal employee for 16 years, with a exceeding successful record I find it more unsettling.

This stalker type of behavior with elevated levels of sadism seeks to frighten or demoralize their victim, for example leaving evidence that they have had contact with their private property, such as removing or reordering the victim's belongings.

The majority of stalkers have severe personality disorders. The most common one among stalkers is narcissistic personality disorder, which gives stalkers an exaggerated feeling of self-worth and an obsessive desire for other people to admire and revere them.

Extreme dependence, in which a person needs constant help, attention, and acceptance from others, and borderline personality disorder, in which a person has unpredictable emotions and a high sensitivity to rejection and abandonment, are two more personality disorders that experts often see in stalkers.

- Hyper intimacy,
- Cyber stalking,

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

- interactional contacts,
- surveillance,
- invasion,
- harassment and intimidation,
- coercion and threat,
- aggression

Invasion tactics entail the breach of personal and legal boundaries, such as unlawfully collecting information, trespassing, and breaking into victims' dwellings. They have done this in numerous ways by damaging property, stealing property, defacing property and other types of destructive behavior.

Cyberstalking has been defined as a pattern of repeated threats, harassment, or other unwelcome contact using a computer or other electronic communication-based technology (Miller, 2012). As technology progresses and new social media applications are developed, it appears likely that more people will use these tools to pursue relationships or exact revenge.

The most severe forms of stalking entail threats, intimidation, and physical violence. Acts such as spreading rumors, insults, efforts to damage reputations, and harassment. Rumors are meant to tarnish the victim's reputation. For instance, a stalker may inform the victim's family, employers, or acquaintances that they are indulging in activities such as extramarital affairs or embezzlement.

They may attempt to influence their employers by spreading rumors about them to their managers. Insults are also meant to cause emotional distress. The stalker may verbally abuse the target or send electronic communications full of obscenities. Harassment may take many forms, including the ones listed above, but it can even be caused by something as apparently innocuous as an accidental encounter. Aggression may take the form of destruction of property, the brandishing or use of a weapon, physical violence (including attempted or successful attack), physical violence (including murder), or sexual violence. There is a distinct range of stalker behaviors, from mild annoyance to deadly.

# CONSEQUENCES OF STALKING

I have done some research and i like to keep my mental state far and clear from any pertinent damage that these individuals may cause. In light of that I added some background to their behavior in relation to undesirable mental health issues.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

Stalking has been linked to a variety of negative outcomes, including but not limited to depression, PTSD, physical harm, and even death.

There are so many unknowable's when it comes to stalking that it can cause a great deal of anxiety and distress. Roughly half of individuals who are stalked are worried about what will happen next, and over a third are afraid the harassment will never end.

Individuals who are stalked may have disruptions in their daily routines, including trouble sleeping and missing work. Around one-eighth of stalking victims end up missing work, and one-seventh of victims end up relocating as a direct result of their ordeal. High levels of anxiety and social dysfunction are additional effects of stalking.

I like to inquire about the possibility of obtaining a protective order or a restraining order. Even though the laws in each country are different, most people who have been stalked twice or more are eligible to get an order of protection that tells the person who is stalking them to stay away from them.

Additionally, they would not be permitted to make any kind of contact with you, and if they do so, they are breaching the law and may be held liable for their actions.

This has been ongoing for 7 years and now that they have moved up the chain of command they abuse and harm me as an employee in several ways that make me not want to work and become stressed. I avoid my children because I am afraid of what they will do since they have gone as far as setting up a very elaborate and premeditated plan of action to have me removed from my home and intend to make seem like a disgruntled employee.

---

## "Laser Tech" – Following Page

❖ **Laser Tech-**

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

When I mention **"laser"** I mean technology that transfers laser to sound which is there primary communication metho. Scientifically proven and images included. These are the distinct types for reference. They can transmit sound through them. They can physically harm you and they use them to project images. Not just from a open end source but literally off your eye lids and the lens of your eyes. The science behind this was given in detail to Agent Ganey but intercepted y Dahl I believe in attempt to cover for two specific agents.

**Masers:** ** Microwave Amplification by Stimulated Emission of Radiation. Masers produce coherent electromagnetic radiation in the microwave range.

**Synchrotrons:** ** Accelerate charged particles to near the speed of light, producing highly collimated and intense beams of X-rays.

**Free-Electron Lasers (FELs):** ** Generate coherent electromagnetic radiation in the Infrared, visible, and ultraviolet ranges using a beam of high-energy electrons.

**Quantum Cascade Lasers (QCLs):** ** Utilize intersubband transitions in semiconductor heterostructures to emit coherent infrared radiation.

**Terahertz Lasers:** ** Produce coherent radiation in the terahertz frequency range (0.1-10 THz).

**Exciton-Polariton Lasers:** ** Utilize the interaction between excitons and photons to generate coherent light in the visible and ultraviolet ranges.

**Surface-Emitting Lasers** (SELs):** Emit coherent light perpendicular to the semiconductor substrate, enabling compact and efficient laser devices.

**Fiber Lasers:** ** Utilize optical fibers as the gain medium, offering high power and beam quality.

**Diode Lasers:** ** Compact semiconductor devices that emit coherent light in the visible and infrared ranges.

Quantum Dot Lasers:** Incorporate quantum dots as the gain medium, enabling precise wavelength control and high efficiency.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

## Article III.        Methods

I communicated in person with these individuals in person named:

Karla Wenzel, Mary Calderon-Martinez, Patricia Stevens during my time in DCF. Channary Tith, Angelica Whaples during my early employment at the IRS beginning in the Mail Room as well met Ray Najera at butler being introduced by Channary.

I utilized the apparent tech and responded to these individuals through their audio devices and what they call a profile which consists of laser tethering to certain points of the cranium mainly focused on jawline and teeth, tongue muscles. These types of devices may be something to look at yet, not sure maybe something more sophisticated, Ray Najera Hacks as his skill for white hat but abusing as black had in this situation. The points targeted are reflected in the following image.



The science behind this is as follows & Potential devices used. Tis proven and mentioned in my report to Special Agent Ganey 7 ago in DCF.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

   

Arbor Scientific - In stock
Laser Voice Transmission Package ...

wikiHow
How to Transmit Audio with a Laser P...

wikiHow
How to Transmit Audio with a Laser P...

Detective st
Spectra Last

   

Arbor Scientific - In stock
Laser Voice Transmission Packag...

ScienceDirect.com
Flexible laser-induced-graphene ...

YouTube
Sound transfer... BY LASER : DIY ...

YouTube
Sound transfer... BY

   

Instructables
Laser Beam Microphone : 13 Steps (wi...

Detective store
Spectra Laser Microphone M+ - L...

Wikipedia
Sound amplification by stimulated ...

Audio Surveillan
Laser Surveillan

## Otolaryngologist: Ear, Nose, Throat Doctors

Can explain this as well I gave TIGTA a 32-page study including the physics of this in a complete reference for understanding.

Article IV.        Results

Article V.        Discussion

Article VI.        Conclusion

## Brown Rodney T

| | |
|---|---|
| **From:** | Brown Rodney T |
| **Sent:** | Monday, March 4, 2024 3:16 PM |
| **To:** | *CI-HQ-WEBMASTER@ci.irs.gov |
| **Cc:** | R B |
| **Subject:** | Report |
| **Attachments:** | Report to TIGTA.pdf; GAO to Agent Ganey Read receipt.pdf; Envelopes and case given to TIGTA.pdf; TIGTA confirmation email.pdf; AUDIT TEAM IRM.pdf |

| **Sensitivity:** | Confidential |
|---|---|

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | *CI-HQ-WEBMASTER@ci.irs.gov | Failed: 3/4/2024 3:16 PM |
| | R B | Failed: 3/4/2024 3:16 PM |

Suspect Mail and TAX fraud. GSF Inc. Their attorney Steven Hrdlicka. Case 23CECL09760 Given to TIGTA, NO ACTION OR RESPONSE.
I AM HARMED BY THESE OFFENSES AS A EMPLOYEE OF THE IRS.

PLEASE FORWARD TO TIGTA AUDIT TEAM

- 3.8.47.8.1 TIGTA Document Review and Request

*Rodney T.Brown*

W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

*"The best way to predict the future
is to create it!"*

1



Reported to agents upon break in to my home and one of the wall graffiti they done with paint and plaster. This was done often and all over the house with special chemicals added to the paint that promote electromagnetic conduction allowing laser dlow to keepa charge along its reffractions,

Same information on my work issued printer box, Envelopes given to agent Ganey 12/19/2023



Same amounts two differnt dates and the Aug 28th envelope was received with Ruling on case 23CECL09760

*IMAGE ARE SIMILAR AS WELL RECIEVED FROM WORK PRINTER DELIVERED DIRECTLY TO ME,

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

## CIVILIANS' COMPLAINT INFORMATION (NON-UNIFORMED)

CHP 240D (Rev. 6-09) OPI 031

| CHP USE ONLY |
| --- |
| COMPLAINT NUMBER |

PERSON FILING COMPLAINT *(LAST, FIRST, M.I.)*
**Rodney Brown T.**

AREA ADDRESS STAMP

***Check the appropriate box to indicate how/where you wish to be contacted by an investigator.***

☒ MAILING ADDRESS *(STREET, APARTMENT NUMBER)*
**1755 N Roberts Apt 124**

CITY, STATE, ZIP CODE
**Fresno, Ca 93705**

☐ HOME PHONE NUMBER *(INCLUDE AREA CODE)*
**559-214-9249**

LOCATION OF OCCURRENCE
**Free Way 41 South**

☐ WORK PHONE NUMBER *(INCLUDE AREA CODE)*
**559-500-7049**

DAY, DATE, AND TIME OF OCCURRENCE
**March 14th 2024**

DATE OF BIRTH
**04-01-84**

DRIVER'S LICENSE NUMBER
**D3263132**

ARREST/ACCIDENT REPORT OR CITATION NUMBER *(IF KNOWN)*
**T24000305**

## IMPORTANT!  READ AND SIGN THE FOLLOWING INFORMATION

This form is <u>not</u> intended for the filing of complaints against peace officers or sworn employees of the CHP.  If this is your desire, you should telephone or contact a local office of the CHP  for assistance.  Alternatively, you may contact the Office of Investigations by telephone at (916) 843-3060, or by correspondence at  P.O. Box 942898, Sacramento, CA 94298.

The California Highway Patrol has a well-defined procedure for investigating civilians' complaints.  Once a complaint is received, it is the responsibility of the involved employee's Commander to ensure a thorough investigation is conducted. Although complaints cannot always be resolved to a civilian's satisfaction, all investigations are conducted objectively, with a goal of maintaining public confidence and departmental integrity. After completion of the investigation, complaints are directed through the chain of command for an impartial review.  After final approval, the complainant is provided with a closing written response.

The civilians' complaint process is designed to investigate the allegations of civilians and to make a determination of fact as to any wrongdoing. Therefore, it is important all allegations presented in a complaint to the Department be based on factual information.

The space below is provided for you to make an optional statement regarding your allegations.  Please note that a CHP investigator will contact you at a later date and you may provide a more detailed statement or other documentation at that time. After completing this form, it may be returned to your local CHP office or to the Office of Investigations as specified above.

Thank you for allowing us this opportunity to address your concerns.

*(Continue on reverse if neccessary)*

Chp240D_0419.pdf

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**CIVILIANS' COMPLAINT INFORMATION (NON-UNIFORMED)**
CHP 240D (Rev. 6-09) OPI 031 *(Reverse)*

If you need assistance completing this form,
contact any CHP Office, or the Office of Investigations,
P.O. Box 942898, Sacramento, CA 95298 or (916) 843-3060

---

| *This section may be used by you and/or the Department to summarize or further clarify your complaint.* |
| --- |

I am I am writing to bring to your attention the alarming situation that I have been experiencing as a civilian and federal employee.. During my tenure as a member of this esteemed federal department, I have been subjected to a series of concerning behaviors, including bullying, harassment, sexual harassment, and threats. It deeply troubles me to report that these unwholesome behaviors have emanated from within the department itself, as they are attributed to the Treasury Inspector General for Tax Administration (TIGTA).

The occurrences I have faced not only violate the corresponding employment and driviregulations and guidelines but also contravene the fundamental principles of respect and fairness that every professional institution is expected to promote and uphold. Recently, I have been subjected to ...

The actions mentioned above represent a pervasive pattern of misconduct that I have encountered while performing my professional duties also on freeway 41 South. I was contacted by

Chp240D_0419.pdf

Hello sir please give a call on my cell phone 213-655-4185

Special Agent Brian Paik
Treasury Inspector General for Tax Administration
Los Angeles Field Office
Mobile: 213-655-4185

**From:** Brown Rodney T <        >
**Date:** Thursday, May 23, 2024 at 14:07
**To:** Paik Brian H TIGTA <      >
**Subject:** Hello I need some help

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

I have a crime to report.

*Rodney T. Brown*

W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

"*The best way to predict the future
is to create it!*"

CONFIDENTIAL

FTI – Federal Tax Information (FTI) refers to a taxpayer's return and return information protected from unauthorized disclosure under IRC 6103. Share only with authenticated authorized persons with need to know. This law defines return information as any information the IRS has about a tax or information return, liability, or potential liability under Title 26. This return Information includes, but is not limited to, a taxpayer's identity, income, payments, deductions, exemptions, or credits, assets, liabilities, or net worth, or tax liability investigation status (whether the IRS ever investigates or examines the return). If it's PII, but is also FTI, label it FTI instead. Redacting, masking, or truncating tax information does not change its nature, it is still tax information. See IRM 10.5.1.2.4.

Whenever the Attorney General has reasonable cause to believe that a violation of paragraph (1) has occurred, the Attorney General for, or in the name of, the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.

Rodney Brown
288LB

## Brown Rodney T

| | |
|---|---|
| **Subject:** | Important |
| **Location:** | G Building TIGTA Offfice |
| | |
| **Start:** | Fri 4/5/2024 4:00 PM |
| **End:** | Fri 4/5/2024 4:30 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Brown Rodney T |
| **Required Attendees:** | Ammari Rod P TIGTA; Autumn Ganey |
| **Optional Attendees:** | Au Man F TIGTA; *Whistleblower Office; *WO Litigation |

Hello,

According to the IRM I like to request formal reports I have reported to TIGTA on record.

Also, to go on record to prove misconduct and that my case was not investigated in any way.

I like to keep this private and without any other Agent Interference due to the importance of the documents I need to give and receive. I feel this case is compromised and that I am not being taken seriously and being told I cannot go the TIGTA office on my own account yet, agent Dahl said as long as I report it correctly on my SETR and have the Leave for it.

I feel under distress and unable to get proper help yet, Agent Ganey made an impact on my case initially and it is odd that she cannot see me.

If this is not feasible then I like to take the offer Dahl made to have her pay a visit to my home personally to collect the information.

Thanks, I will be by on my own time tomorrow. My work is compromised and safety as well on Government property as well at home.

**Brown Rodney T**

| | |
|---|---|
| **From:** | CaFresnoNewPd@coplogic.com |
| **Sent:** | Monday, March 11, 2024 9:57 AM |
| **To:** | Brown Rodney T |
| **Subject:** | [EXT] Your Online Police Report T24002818 Has Been Submitted |

Your online report has been successfully received and the tracking number is T24002818.
You will be notified via email of any problems with your report. Once your report is approved, it will be issued a case number and you will receive a PDF copy as an attachment in your email within approximately five business days.


Thank you for using our online reporting system and please contact us with any suggestions you have for improving our system.


Online Officer
Fresno Police Department
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

**Brown Rodney T**

| | |
|---|---|
| **From:** | Ganey Autumn C TIGTA <Autumn.Ganey@tigta.treas.gov> |
| **To:** | Brown Rodney T |
| **Sent:** | Tuesday, February 27, 2024 1:21 PM |
| **Subject:** | Read: FW: [EXT] GAO submission COMP-24-002171 |

Your message

  To: Ganey Autumn C TIGTA
  Subject: FW: [EXT] GAO submission COMP-24-002171
  Sent: Tuesday, February 27, 2024 3:02:54 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Tuesday, February 27, 2024 4:21:28 PM (UTC-05:00) Eastern Time (US & Canada).

1

**Brown Rodney T**

_____

| | |
|---|---|
| **From:** | Eviction Department <Shrdlicka@SRHCC.COM> |
| **Sent:** | Wednesday, November 22, 2023 8:45 AM |
| **To:** | Brown Rodney T; Eviction Department |
| **Subject:** | [EXT] RE: Good Day |

Good morning Mr. Brown,

Unfortunately, our client is not willing to let you stay and you will need to vacate the premises. We would be willing to enter into an agreement with you that would provide that if you voluntarily vacate the premises on an agreed upon date, the case against you could be dismissed.

**Laura Moser**
Legal Secretary
Steven R. Hrdlicka, Attorney at Law
555 W. Shaw Ave., Suite C-1
Fresno, CA 93704
Telephone (559) 485-1453
Facsimile (559) 485-2356
www.srhrdlicka.com

**CONFIDENTIALITY NOTICE:** This communication and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you have received this communication in error, please immediately notify us at (559) 485-1453 and ask for the message sender or by replying to this email, and then destroy the original and its attachments without reading, disclosing, copying, distributing or saving in any manner. Please note that any view or opinion presented is solely that of the author and does not necessarily represent that of the company. Thank you.

**From:** Brown Rodney T <Rodney.T.Brown@irs.gov>
**Sent:** Tuesday, November 21, 2023 11:19 PM
**To:** Eviction Department <Shrdlicka@SRHCC.COM>
**Subject:** Good Day

Hello Mr. Hrdlicka,

This is Mr. Brown residing at the Sun Burst Apts. Unit 190.

I have tried contacting you at your office several times regarding the summons I received. As well left a couple voicemails.

Yet, I have been unfortunate to have the pleasure of discussing my disposition.

If you be kind enough to contact me at your earliest availability, I would greatly appreciate it.

Understanding it is the holiday season I like to take the least amount of your time.

CASE:   Case 23CECL09760.
         RODNEY BROWN
         4294 N. HUGHES AVE APT 190
         FRESNO, CA 93705

1

CELL: 559-214-

9248                                                                                          LAN:    5

59-475-0911

Sincerely,

*Rodney T. Brown*

W&I FRESNO AM
AMRH/CAF
Dept B6008
PH: 559-500-7095

*"The best way to predict the future
is to create it!"*

**OSHA**    **Standards**    **Enforcement**    **Topics**    **Media Center**    **Contact Us**



**U.S. DEPARTMENT OF LABOR**

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 1-800-321-OSHA
1-800-321-6742
www.osha.gov

**FEDERAL GOVERNMENT⊞    OCCUPATIONAL SAFETY & HEALTH⊞**

White House                          Frequently Asked Questions

Benefits.gov                         A - Z Index

Coronavirus Resources                Freedom of Information Act - OSHA

Disaster Recovery Assistance    Read The OSHA Newsletter

DisasterAssistance.gov               Subscribe to the OSHA Newsletter

USA.gov                              OSHA Publications

Notification of EEO Violations Office of Inspector General

No Fear Act Data

U.S. Office of Special Counsel

**ABOUT THE SITE⊞**

Freedom of Information Act

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know

## In Office Narrative 04/18 - 5/23/24

⚓ **04/18/2024 – 12:33pm – In Office**

In office and nothing changed, still be assaulted in numerous ways, and comes from many diverse sources. Knees under desk are being attacked and Michael still talking to me and seems careless as he continues and suggests he will not get caught and I have no proof. Bullied to file a police report with his so-called brother Edward from Park West Apartments. A former neighbor of mine. Now saying he is going to rape my daughter and that he coerced her as well. I will take another photo and add it to my report. **Agent Dahl** still acting like he is unaware and not under their Authority. **Michael** is now calling me a racial slur.

Received Documents in UPS envelope from **TIGTA** yet was not addressed to properly and my Documents that are on record with **TIGTA** were mishandled and given to my manager and she gave to me at the end of the day after I emailed the TIGTA office that I come by for the Docs to keep them confidential and not be mishandled. Not mailed yet just dropped off to her when I was present. Media with **our AUDIO RECORDED MEETING 03/26/2024** WAS not included. Will attempt to retrieve today.

Laptop still being fixed by **TIGTA** and seems like they will hold on until they can relay the time to where I may not be able to retrieve the media from the **TIGTA** office. Agent Dahl, I thought Retired and Armenian **and Rod P Ammari is not an actual federal agent**, and the names may have been changed to prevent the truth being revealed.

The case was reviewed and within 1 week considered not something that is under their authority. Yet, involves the criteria stated on website and federal regulations. Dan was the name called by agent Wahl and suspiciously his emails and read receipts have disappeared. No word from **Special Agent Ganey** will start a new report now with the forms from the **TIGTA** Intranet and make it clear that it's obvious that someone is covering for someone which explains my spoofed emails and the prevention going to the office and meeting with Agent Ganey and Ammari and when looked up **Ammari is located not in Fresno but in Los Angeles Ca.**

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

## UNAX Violations

### I.T. Pulled Data from my comp remotely outside my TOD or acknowledgement.

 

- ### 04/19/2024 - 7:30am

  4,000 hours of this stalking and Cyber-bullying and TIGTA cannot account for one even when my SETR was breached, and funds misappropriated. Including sexual harassment which I find this on their Intranet Website

- ### 04/22/2024 - 7:15am

  At the temporary workstation and they are still communicating with me asking me to make a **police report and sexually assaulting** me with their lasers again targeting my genitals and undisclosed area saying they want me to smell. **They Imposed as two fake officers yesterday and seen them directly.** One fled after making eye contact and **Michael** left him in the other direction on **Belmont and Cedar, they took pictures of the bus as well and bus has several cameras proving this. This was at 7:20pm and route 38 and bus number 1605.**

- ### 7:43am

  Told that **Felicia** is watching and **Marlyn**. And still feel laser at private area. Sexual Assault. **TIGTA** will be emailed shortly and filing a case CHP on my break about their misconduct.

  Will attempt to retrieve my audio record from **TIGTA** after work or they will possibly drop Ioff like they did my tangible written report and other docs. They attempt to distract me

Federal Tax Information (FTI) Share only with authenticated authorized persons with a need to know.

purposely and are making the Dept of Treasury look highly embarrassing. Michael was tethered to **William Carney** before he was murdered and did not report it. May have spoofed **DA** card I received from his mother.

Just told reason in office is for me to perform my work **as Michael** monitors and continue to modify my cases to create the perception I do not know how to do my work. Sounds evil and still sexually assaulting me as I write this. 8:43am you can see me in the temp both constantly having to move around- **TIGTA** CAN as my report is also on my overhead.

IT supposedly **TIGTA** as well walked up and asked about my comp and seen magnet. No statement made because they know how they affect the lasers and noticed the magnets power has been weakened dramatically. They are using lasers causing my lower to itch and make things look strange and to distract me.

### 9:54am

Outlook is not letting me open locked mail. Home My Request - INC01305692Agent Dahl does not want Michael on record because he was tethered with him.... Michael Posing AS FELICIA CURRENTLY.

### 12:43PM

Now EXTORTING ME. ASKING ME WHAT MY deceased COUSIN SAID before he passed BECAUSE HE MUST HAVE BEEN TETHERED TO HIM. Just said he is happy that my cousin passed away.

### 1:12pm

Was told by Michael that I will not get my comp today and did not.

### 04/24/2024 - 7:18am

Michael is back on the mic, and I am in office for the fourth day after comp not being fixed. Recieve3d a call from her yesterday art 12:30 assuming it was done... I replied to VIA text about 2:45 asking if I could pick it up and no response. Michael administrating hers and my DMs messages and Emails to control my actions. He claims his Agent in charge Dahl allows him to do this.



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

- **04/24/2024 - 7:18am**

Agent Dahl told me yesterday to my face he does not know when he can get my audio report for as I asked him in email several times, *he said I am not his priority,* and he does not know standard protocol as a special agent in charge to give a time frame when he can put it on some sort of media. Will FOIA and file a GAO complaint and complete a CAL-OSHA Report-Federal. Asked Ganey about my SETR as it as modified, and funds misappropriated, and DM confirmed this.

Now being told by **Michael** he will never let my DM or Manager Marlyn Manoz give my laptop computer back. Still implies his snaky because he intends to find a way to make me work in office to prevent me from going to TIGTA office etc. He consistently puts says Felicia is watching hoping I do not log this info so he can say am not performing my duties but harassing sexually and emotionally and expects to be done.

His motive which may substantiate his actions is and as well mother as a witness on IRS camera footage. This has been filed and validated with TIGTA that his mom MARY CALDERON-MARTINEZ. She used to pick me up daily and cook me food and share his personal life with me, finding out His Father is **A retired Federal TIGTA SPECIAL** AGENT RICHARD CALDERON which explains why TIGTA will not investigate my case with more than enough evidence and within IRS Authority.

Noticing all my cases on AMS have been modified not reflecting the accurate data and in relation not this my manager somehow reaches out more than often and says something particularly to the cases that have been modified just like Kristen Razo.

Makes statements about no activity on AMS. Also, Ryan walks by and no answer to comp problems must be working and just sitting there because there is nothing that IT could not do and was functional when it departed from.

They state **Ryan Perez is TIGTA.** Ray has been stalking me since DCF where Michaels mom collaborated with me before retiring now, he is focusing his lasers to keep and make a profile. Also used to scan my body. That is why I put him in the newspaper.

Acting like I need to complete a case -manual refund to get my comp back indicating my comp is fixed which explains why **Ryan Perez** has no reasonable explanation and would not convers with me longer than 22 seconds. ***Seems as I said he is covering up his fraud that Kristen Razo exposed that he was part of long ago.***

 **I filed many reports to appropriate agencies in detail which is when he told me and showed me, he was coercing my niece by having her put her vagina in the air so people can look at it. She is 7 years old** Using the laser tele -communication. He said it's his special investigation and permits him to do things like that and Dahl must approve. Also seems I am only able to see the same 3 agents during this entire 6-month span. Ray claimed it is for the Illuminati as Channary and Ray confirmed and I saw the recruitment letter to be in the Illuminati personally.

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know

*This brings me to my AMS Case Manage shown below and not available a case I was assigned with entity named Ima Jewu.*

| IRS Recd Date: | 07/28/2022 | Freeze Code: | |
|---|---|---|---|
| Dollar Amount: | $0.00 | Master File Status: | 04 |
| Current Owner: | BROWN, RODNEY T | Manager: | KAHKEJIAN, ARAXI |
| OFP: | 71038530 | Case ID: | 71111688 |
| Paper/Electronic Attachments | ☐ | Taxpayer Advocate Service Case | ☐ |

Case Log | Case Notes

*In relation to Hatch Act & Hate Crime observed is in the name of the Manager Above*

- **10:14AM**

  Continue to try to make me disgruntled by making the assigning manager named as if it is sounded out as- **"Kahkejian," Araxi**. Cases have been modified showing i have not worked them since February 10th, 2024?? Wow impossible its 6 hundred plus days old and not on my AAL, not to mention the last name has **Ray** in it. There have been over 1,000 comments repeated to me with the term RAKI in it. These remarks are always mixed up with various degrading racial slurs. Ninety percent of the time these remarks are due to his ex-girlfriend and sisters' spiritual religion which the practice this type of healing. I am not sure if he says this anger or jealousy because she was also an ex-girlfriend prior to their relationship which is highly unordinary because this is the second occurrence, he dated the same exact woman after me. The first being Channary Tith. The same one he set up and had fired. This is the same woman he invited to his and Michaels opening day for their Non-Profit Organization.

- **11:15am**

- **Michael just stated he may use Marco J** from the SURGE. The DM is aware of this. His Comments become more vulgar I noticed. I am aware of how he came up with this knowledge and the resources. TIGTA unlimited resources and data he utilizes on his time on the clock and off. Never going more than 5 min without a word for the past 5 months. So, he must have a minimum of three people helping due to the cycles the rotate which is identical to the shifts at the IRS.

  Showing sexual obsession towards me and family specifically my cousin in Army by comparing our penis sizes. I presume abusing authority and invasion of privacy as I was just in restroom and told me to use a seat liner and why he does not like Black people because they have big black....

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know.

### 11:10am

Sent email to Taxadmin itacioeopsisdemvbsemsnopst and asked to route to GAO and DIGA.

This is how I get I get my clout by pulling off unlawful detainers and stealing employee's money Michael stated. So, he intends to block all my calls and emails until I guess forever.

### 12:00pm

After I decided to combine my docs for my cases in AMS and sending them to Brenda, I noticed docs were missing and information transposed in almost my whole inventory which consists of literally hundreds of docs.Michael Expressed Ray is the one now that is responsible for their misconduct blaming channary and wanting his kids to have someone to practice hacking on. I do recall several times he said similar statements.

### 12:39pm

There are still threats being made that Felisha is watching so I went to Federal Code and Regulations: Understanding this may be for investigative reasons yet not limited to Management. As far as I.T. they must ask permission and the new IT person Ryan Perez said he remotely logged into my comp and pulled data without my knowledge within TOD and outside of my TOD. Kristen Razo did this not as manager and reported to DM and OPS- no action Taken. UNAX, I believe.

Each application for an order authorizing or approving the interception of a wire, oral, or electronic communication under this chapter shall be made in writing upon oath or affirmation to a judge of competent authority and shall state the applicant's authority to make such application. Each application shall include the following information:

(a) the identity of the investigative or law enforcement officer making the application, and the officer authorizing the application.
(b) a full and complete statement of the facts and circumstances relied upon by the applicant, to justify his belief that an order should be issued, including (i) details as to the particular offense that has been, is being, or is about to be committed, (ii) except as provided in subsection (11), a particular description of the nature and location of the facilities from which or the place where the communication is to be intercepted, (iii) a particular description of the type of communications sought to be intercepted, (iv) the identity of the person, if known, committing the offense and whose communications are to be intercepted;
(c) a full and complete statement as to whether or not other investigative procedures have been tried and failed or why they reasonably appear to be unlikely to succeed if tried or to be too dangerous.
(d) a statement of the period of time for which the interception is required to be maintained. If the nature of the investigation is such that the authorization for interception should not automatically terminate when the described type of communication has been first obtained, a particular description of facts establishing probable cause to believe that additional communications of the same type will occur thereafter;

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

(e) a full and complete statement of the facts concerning all previous applications known to the individual authorizing and making the application, made to any judge for authorization to intercept, or for approval of interceptions of, wire, oral, or electronic communications involving any of the same persons, facilities or places specified in the application, and the action taken by the judge on each such application; and

(f) where the application is for the extension of an order, a statement setting forth the results thus far obtained from the interception, or a reasonable explanation of the failure to obtain such results.

_18 USC 2518: Procedure for interception of wire, oral, or electronic communications (house.gov)_

_Pub. L. 114–113, div. Q, title II, §203(b), Dec. 18, 2015, 129 Stat. 3079, provided that: "Not later than 2 years after the date of the enactment of this Act [Dec. 18, 2015], and every 2 years thereafter, the Treasury Inspector General for Tax Administration shall conduct an audit of the program of the Internal Revenue Service for the issuance of individual taxpayer identification numbers pursuant to section 6109(i) of the Internal Revenue Code of 1986 (as added by this section) and report the results of such audit to the Committee on Finance of the Senate and the Committee on the [sic] Ways and Means of the House of Representatives."_

♦ **04/25/2024 2:00pm**

Today given a memorandum after going to get my Audio report from Dahl and in office and Michael is Taunting with his lasers and showing he has no respect for his agency and scared to do real work. His father must not know how embarrassing he will be when GAO and other agencies find out. Also, when I disclose his mom sold out long ago.

I relayed to him to keep the money him and Ray stolen excess of 10k because they feel they have control with this and TIGTA helping them get away with it and threatened to arrest me. It went somewhere. He keeps logging out of my IDRS as before which my comp was taken by IT (1:47pm).

All this because the FRAUD HE AND RAY are trying cover up which is why this bogus investigation Michael is running to feel empowered and him Botching a case his Mom and Karla told me personally which I tried to keep confidential and have him repay the stolen money and t stop stalking me so I have no choice which why filed a police report and CHP report that was accepted which I will provide UNION LABOR RELATIONS GAO OPS AND DIRECTOR. Now he threatens to set me up for something…. asking me to CC Felicia my DM in my emails for some reason

He still talks to me even now baffled by this coming from A so called Agent of the IRS. Everyone seems to move up a level and notices an OPS stepped in from nowhere I suppose

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

from TIGTA to cover Michaels mistakes and misconduct and stalled out to my hard-working DM Felicia.

When I attempted to get my Audio Report from Agent Dahl, I noticed Special Agent hiding in the hallway only seeing his shadow and shoe and the other female agents stood in front of the camera?

### 04/26/2024 7:30am

This morning I started working at the usual time and Michael or Ray just started to mess with my comp's connections 2 unconventional times. Once by shutting off my connection when I crested a IDRS scenario which they did not like because they do not want me to have IDRS CC logs to make it look like I am not attempting work and this just after my comp was fixed and returned to me. And another after break by ruing my connection to the hub that relays to the monitor. 8:27am coincidentally my manager reaches out in teams and asks me to respond by a certain time -8:35.

Last night they projected Mary Calderon-Martinez wife of Richard Calderon and my current manager Marlyn Manoz with their lasers as if it were mini projector like in a phone yet in this case a reflection from my eyes which is considered a tether. in very inappropriate sexual positions like performing a Felicio and this took place in my sister's restroom after I mentioned to please don't watch me in restroom and not to watch me and I made them aware if TIGTA they would not do that. They still did anyway. Saying they make money off this and want me to get naked and do sexual things while looking up towards the ceiling.

When my girlfriend gets up from bed, they mention you don't know how much money I make when we see her in no clothing. Just now after writing this I feel the laser tethering my inner leg near growing area. (9:06am

As I began to block the lasers my IDRS goes out again.3rd time this morning. 9:58 and now IAT tool failing as I try to complete a case. 4th occasional as I have diverted laser.



Federal Tax Information (FTI) Share only with authenticated authorized persons with a need to know.



**All docs missing from my drive that relate to my duties AMRH.**

My comp in airplane mode and when internet turned back on it bypassed cisco on connected seamlessly hack my status was manually set to away 1:25pm. Noticed that even in airplane mode they still remotely connect and modify data

**2:38pm**
He broke my connection for the 5th time today on purpose evetime i get a case close to finished.

**11:10pm**
IDRS kicked me out. Cisco went and you can tell it was intentionally and now I can see sexual harassment taking place.

**04/29/2024**
Police called last night and have the photos I will add later, sister's car broken into after I found a way to visually see laser and right after that RAY and Michael coerced someone to do this by stating they are capable of anything and don't know how stupid they can get then when leaving home threatened that if my niece wasn't in the car they do the same thing they did to my mom's vehicle..

After making report at 10:15pm there has been no police arrival. I believe it's another spoofed call because the dispatch seemed odd, and I see an officer drive by a few moments before combing the neighborhood for the burglars. In relation to incident on Belmont and Cedar as I sent to Dahl.



Federal Tax Information (FTI): share only with authenticated authorized persons with need to know.

**9:22pm**

I noticed my important files associated with TIGTA were in recycle bin and restored. Michael and Ray still posing as doing an investigation only to cover their fraud they committed. J. HUNT received my documents VIA mail from TIGTA office in OGDEN.



Internet cut right when I was writing this. Not a typical comp error the same reason they made up before to take my comp last week or so.  Now things are obvious when Dahl is trying to give my management a directive when I was in meeting with him, I called him on that and with union present and seems fishy because Jason emailed me and seemed a little disgruntled and not sure how TIGTA can give a directive to manager anyway?? SMH When in meeting he did not say I could not go to office he said I must report it correctly on my SETR. Which is why I need the official report from Dahl, yet still no reply from him. Very unprofessional. When I see Michael and Ray posing as police officers few days ago, Things should be clearer now...

Currently still being distracted with their lasers. I can now provide visual and already confirmed this with Agent Ganey which is why she will not respond and told explicitly I cannot see her. So, I FOIA her report and still waiting for that to prove to my peers the truth.

**9:37am**

I feel very uncomfortable because I cannot imagine how many times these criminals watched me naked or my kids and family members. I have 5 sisters and 2 nieces that are all younger than myself.



Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

**11:10am**

It came to my attention that the same thing as before with a couple managers. Most recent Kristen Razo with excessive reviews and simultaneously I am having issues with TIGTA letting their agents commit misconduct. The police officers never called from spoofed 911 call and my sister's car were broken into a second time in the same night as Ray and Michael become angrier at me as I am putting things together.

Still no response from Ganey or Dahl- About my FOIA Request.

Example of manager and DM pointing out everything in excess after speaking with TIGTA. Whomever doing this bogus investigation is utilizing my Manager and DM to create the perception that I am unable to perform my duties.



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

✛ <u>04/29/2024</u> - 2:27pm



IDRS disconnected as I wrote Ganey a FOIA request.



This exhibit is an email sent from my personal email Rodbrown84@yahoo.com.

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know.

- **2:37pm**

   When comp returned, they changed the name. Ryan Perez is the one who worked on this. Also, when returned it was handed directly to me by the OPS manager. I indexed the files so that my comps RAM would be more efficient for myself after IT returned it 5 days later. Which was about 12k files.



- **2:55pm**

Comp is dropping from IDRS not from comp error but do due someone purposely doing so I noticed when I am typing a note or doing something that These TIGTA people do not like when I close cases. Every case i complete even after getting correct info comes back to me and has an error.



## 4/29/2024 - FILED A SAMC REPORT

http://irm.web.irs.gov/Part10/Chapter2/Section8/IRM10.2.8.asp#10.2.8.6

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

- ### **04/29/2024 - FOIA Response**

The FOIA requires that certain materials be made available for public inspection in an electronic format. OIG records are available for public inspection on OIG's public Web site, https://www.usda.gov/oig/foia.htm.

Requests for OIG records shall be submitted to OIG's Office of Counsel and will be processed in accordance with subpart A of part 1 of this title. Specific guidance on how to submit requests (including current contact methods) is available through OIG's Web site, https://www.usda.gov/oig/foiareq.htm, and USDA's public FOIA Web site.

Good morning:

The National FOIA Portal does not have a telephone number listed for Treasury Inspector General for Tax Administration (TIGTA). You may contact the FOIA requestor service center at 202-622-4068 or Amy P. Jones FOIA public liaison at 202-622-4068.




Federal Tax Information (FTI). Share only with authenticated authorized persons with a need to know.



## PAYROLL NOTIFIED OF POTENTIAL FRAUD - HRC0228780

### ◆ **04/30/2024**

I am reluctant to say last night before Ray and Michael took turns trying to perform Felicio when in restroom with a laser projection of Mary Calderon-Martinez & Marlyn Manoz my manager both projected doing the same with audio. Possibly due to Michael thinking me and his mother had sexual relations in the past. After trying to throw off projection they proceeded to try repeatedly, and they wanted to do so to sell as they were detailed in their actions and requests. I feel as if it was a form of rape and must shower with low lighting because of their taunt s to show off and what now they asked me to perform sexual acts as I stated months ago in my initial reports. After I became angry, they became upset they harassed and threatened me all night trying to put a laser towards my private area. This was 04/27 in my sister's residence located 1755 E Roberts Apt 124. Not to mention they follow and stalk me in every restroom whether at home or work for a total of 5-6 months now. They are now coercing Marylyn to read my report on my screen 12:34pm- 4/30 and Felicia (DM) now as I proofread this REPORT.

### · **05/03/2024 9:16am**

I Just noticed they do a shift changer s regular IRS employees do. 4k hours for this so far. Not sure who sanctioned or what lie they came up with but read they cannot exceed one year maybe in connections with Rays Nonprofit organization which should be listed locally. Same one with him and channary in a pic together at his jump off ceremony.

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know.

## 04/30/2024

Notices my desktop image and other personal photos have been negatively modified and went unnoticed by TIGTA and anyone else. Including pictures of my children. This also applies to photos that I have in my home. Not sure how that is possible with my federal I issued work on a computer and my personal photos without someone breaking into my home hacking Gov property. THIS IS CURRENT AS 05/08/2024 Snagit reflects as I took screen shots.

Michael seems desperate as he continues his fake investigation to bring him some sort of closure on his experience trying to do an investigation off the books embarrassing himself and his family least important TIGTA by botching his case for not being able to keep track of the check he set up for someone to steal. He still has not located till this day. So desperate he projected himself giving a Felicio to another man. Including stalking me since his failure 10 plus years.

Michaels and Rays children keep on trying to distract me with bogus allegations in the form of extortion and using my DM and Special Agent fraudulently by taking over their email and trying to get me in trouble for going to the TIGTA because they are covering for their misconduct so I will cross over to CI and GAO.

My Teams goes to Away -yellow status less than the average time more importantly my IDRS always disconnects due to inactivity. Even after comp was taken for a name change.

Michael and Ray continuously Mock my Decease Cousin that was murdered and that they were tethered to at the same time of that occurrence as they are to me now at work and at home. I can now easily prove this with some effort. Cases that are always assigned are reflective in excess to people in my family. Filed in court docs as well.

I assisted in finding the Murdered and Michael and Ray admit to witnessing and not reporting it due to him leaving my home prior to the incident and show me3 projections of him using government resources.

As I begin to close cases they begin to shoot more lasers through the window that are visible in the sky from the jets that ionize the air. They are visible and spread obvious light into my face to stop me from doing my work.

Federal Tax Information (FTI) Share only with authenticated authorized persons with a need to know.

◆ **01/09/2024 – POLICE REPORT FILED - T24000305**

| | |
|---|---|
| **From:** | R B |
| **To:** | Brown Rodney T |
| **Subject:** | [ EXT] Fw: Your Online Police Report T24000305 Has Been Submitted |
| **Date:** | Tuesday, January 16, 2024, 2:59:47 PM |

Begin forwarded message: On Tuesday, January 9, 2024, 9:04 PM, R B <rodbrown84@yahoo.com> wrote:

Begin forwarded message On Sunday, January 7, 2024, 5:43 AM, CaFresnoNewPd@coplogic.com wrote:

Your online report has been successfully received and the tracking number is T24000305.

You will be notified via email of any problems with your report. Once your report is approved, it will be issued. a case number and you will receive a PDF copy as an attachment in your email within approximately five business days. Thank you for using our online reporting system and please contact us with any suggestions you have for improving our system.

Online Officer

Fresno Police Department

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly his communication in error, please notify us immediately by e-mail, and delete the original message.

◆ **04/16/24 Filed - CHP report Successfully.**

During my commute to work on Highway 41 South I was a victim of cybercrime and subjected to threats and distractions that could of cause me to crash and harm others. My Vehicle is a white 2013 Toyota 4runner license plate 5DEK.... They remotely contacted me and wanted me to say things using blackmail, I know nothing of. They stalked my vehicle multiple times doing so and laughing as t was joke and claimed that they can get away with it because they are federal Agents. They did kill the engine and I had to pull over and miss work. These offenses I believe I have been a victim of and the people responsible are Michael Calderon and Ray Najera.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

Last known employment was for the IRS. I know one personally and have past knowledge of him dating the same two-woman Channery Tith and Angelica Whaples. Michael states he is a federal agent and I know his Mother Mart Calderon Martinez. Ray and him supposedly have a nonprofit organization that lets them use government resources. A federal Agent for TIGTA I spoke to (named Special Agent Dahl- phone contact 559-442-6044 on record) says they are not Federal agents for TIGTA nor are they employees of the IRS.

This report was given on 03/27/2024. As I tried to report yet they said it was out of their authority so relayed me to a doctor or police dept etc.

They Imposed as two fake officers yesterday and seen them directly. Ray fled after making eye contact and Michaell left him in the other direction On Belmont and Cedar. They took pictures of the bus as well. The bus has several cameras proving this. This was at 7:20pm and route 38 and bus number 1605.

FTI - Federal Tax Information (FTI) refers to a taxpayer s return and return information protected from unauthorized disclosure under IRC 6103. Share only with authenticated authorized persons with need to know. This law defines return information as any information the IRS has about a tax or information return, liability, or potential liability under Title 26. This return information includes, but is not limited to, a taxpayer's: identity, income, payments, deductions, exemptions, or credits; assets, liabilities, or net worth; or tax liability investigation status (whether the 1RS ever investigates or examines the return). If it's Pll that is also FTI, label it FTI instead. Redacting, masking, or truncating tax information does not change its nature. It is still tax information. See IRM 10.5.1.2.4.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.



Cedar and Belmont. Police Posers Stopped FAX bus 38 to slow me down and show off to Alyssa. Coincidentally the same bus and driver broke down on same street with me on its days later.

Michael also had woman with padded but and breast area looking like one of ex-girlfriends. As well attempt to distract. On route 34 from downtown where I see him in front of Amazon attempting to flee area in camouflage behind bus driver. *FAX buses have 280 cameras.



Federal Tax information (FTI). Share only with authenticated authorized persons with need to know.

♦ **05/01/2024 – 8:30m**

Yesterday went on bus to downtown to check out some items at the Fed Ex building and Michael thought I was going to the TIGTA office, and I went by the Security Building (without my badge in my possession) I expressed to him to do the right thing yet he went on saying Special Agent Ganey would not help me and his memorandum he gave to my DM would get me a write up.. Upon going back to the FAX Bus Terminal to take bus route 34 about 7:30pm roughly I got on the bus route 34 (Bus ID NUM 1408) and it happened to be the wrong direction. **Michael** set up a way for me to be ae attracted to the bus driver and coincidentally she looked like an ex and when the bus stopped in front of AMAZON near Northpointe she took a break and when returning from her break he was seen walking with her in hiding. Then carried with me via laser com and seemed upset I made him out but was happy to make me miss a couple hours of OT and persuaded me to play the casino while on BUS to steal my money by a man in the middle attack as before posing as Customer service, once explaining how they stole my funds.  I could tell how the person that remain in contact **(Unknown)** changed their voice module and made some comments on me making Michael out and why this person was saying distracting things at that specific time to keep me from seeing Michael depart as the next bus arrives creating a diversion. Yet I caught on and peeked and for the second time I about a week we made eye contact the prior him leaving Ray from Belmont and Cedar on route 38... about 15 min later after departing from amazon the same person prior got back on.

May be in office on Tuesdays and explains the effort for everyone in TIGTA trying to deter me from office. When the prior night my sister's car was broken into twice and I was there as explained in previous days log. As of now no officer showed even after a second call to 911 not dispatch office.

Federal Tax Information (FTI), Share only with authenticated authorized persons with need to know.

- **11:20am**

Reported to TIGTA from Intranet

**Sexual Harassment** - a form of sex discrimination and violates <u>Title VII of the Civil Rights Act of 1964</u>. Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitutes sexual harassment when.

a)     submission to such conduct is either an explicit or implicit condition of an individual's employment.

b)     submission to or rejection of such conduct is used as the basis for employment decisions affecting such an individual, or

c)     such conduct has the purpose or effect of unreasonably interfering with work performance or creating an intimidating, hostile, or offensive working environment.

Follow up with court issued sue from Wells Fargo bank after her car crash from rental car without the renter's driver.

- **<u>05/01/2024- 11:11PM During OT</u>**

My girlfriend just felt this same type of lasers tethering to her face in the same areas of my fade I feel the same. I have better understanding and don't want to scare her, so I downplay it currently and hope to resolve with GAO, WO, OSC, OIG, CI, BFS concluding the DOJ.

⚖    **I am in fear for my niece now as they focused a laser on her purposely in her sleep as they taunted me. Age 7.**

- **<u>05/02/2024- 12:22AM</u>**

I am being asked to CC my manager, dm and Special agent in charge of Fresno or any TIGTA agent in my email to whom I report this to.

I will not do so, keeping TIGTA out of the loop since told these actions are not within their authority.

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

**11:30am**

Today Michael is posing as the operations manager Daniel Gonzalez. As I reply to his messages Michael is trying to elicit information from to determine how to respond. He is making it obvious and is declining to pay back the money he stole and using it as a crutch to control me. Agent Dahl is covering for him, and Michael is using a cover to do this illegal function as he gloats about committing fraud and stealing in the name of the Dept of Treasury.

Is agent contacting me is waiting for me to respond so he can develop a lie to this memo because he is afraid, I will go to the TIGTA office today. Not understanding this as he clearly makes aware his disposition and claims to stop me from getting to GAO. Going to call them after lunch and see if a real Agent answer from Jabber. Will log info and relay to *WO on 526 W Ashlan to Attorney's office convey info and confirm. Seek recommendation from them and then go to Federal DOJ to file FCA and Agent impersonation.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

**Reply to Daniel G. our new operations manager on MICRO-TEAMS. Regarding memorandum given by Special Agent Dahl after reporting to TIGTA about the Agents abusing their authority and their decision to not investigate it because they are being biased and not doing what they are paid to do or entrusted to do by the commissioner. Concluding thoughts were, it was out of their jurisdiction.**

I was considering adding an attachment to the memorandum except Agent Dahl has delayed this memo until he forwards over the Audio Report from our meeting March 26th. Was said that he would prepare in about this time after putting FOIA for Agent Ganey Report as well. If you like to contact him and have him, contact me that be great because I planned on picking it from him because last week when speaking to him, he said he needed about his much time. I emailed him to follow up and he may be busy if you can add him on a three-way call with Rod P Ammari which he stated was his Head Agent in charge. J. Hunt from Ogden I signed my case over to so it will no prob I just need my report which states that I am legally entitled to this info.

Those directives are followed as far as requesting leave, so I understand to visit the union. Due to his meeting, I can go there as long as report it on my SETR correctly. I would need him to rephrase his memo or issue to me directly with the Union because the Union was present when he said explicitly that. He is making it sound like in the memo that I cannot go get my report or, entirely. So, I am concerned did he express this to you in his words in this memo or Felicia? I cannot sign or adhere unless I am misconstruing this memo. Is it that I cannot go him directly or you saying as above because protocol is not stated in the IRM that I must email a specific agent before going to the office?

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

## Email for EEO and Sexual harassment.



* the Anti-Harassment Program by sending an email to the *EDI AHP Mailbox (EDI.AHP.MAILBOX@irs.gov);
* an EEO Counselor by sending an email to *EEO (*EEO@irs.gov); or
* your manager

**In addition, you can report allegations of sexual harassment to the:**
* IRS Sexual Harassment Hotline at 469-801-1599 or 866-298-7672; or
* Treasury Inspector General for Tax Administration (TIGTA) Special Investigations Unit (SIU) by sending an email to SIU@tigta.treas.gov.

**Whistleblowing or Whistleblower Retaliation**
If you would like to report potential waste, fraud, or abuse within the IRS, believe IRS personnel are retaliating against you for your whistleblower activity, or believe the IRS is otherwise engaging in a prohibited personnel action against you, please contact the:
* TIGTA Hotline at 1-800-366-4484; or
* Office of Special Counsel (OSC) at 202-804-7000 or 800-872-9855, or by sending an email to info@osc.gov.

**Grievance Process**
As a bargaining unit employee, you may utilize the negotiated grievance process under the IRS-NTEU National Agreement by contacting your local union steward.

**Please discontinue to send emails to anyone/area not listed above.**

**For all other daily workplace and operational concerns or questions, I direct you to communicate in a professional manner and do so through your chain of command.**

* **Email to Washington**



Requesting report please.

*Rodney T. Brown*
W&I FRESNO AM
AMRH
Dept B6008
PH: 559-500-7095

*"The best way to predict the future
is to create it!"*

**No legitimate responses received at this time.**

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.



I believe this individual is not an employee and being used as a cover for Michael explaining Felicia response and the whole abuse of authority to run a fake/costly IRS instructing course just to distract me in attempt to make me look bad, but I did well and this person I never seen with the same in office days. During this time, I also was in the LERP and was mentoring a person Michael set up posing as my mentee. I did well again but ultimately it was done to run a fake investigation to cover his misconduct and harming me in many ways as expressed throughout but most importantly aiding in fraud to have me lose my home with Ray Najera and others.

## 05/03/2024 7:48am

Concluding my report and narrative I just need to see if Agent Au Man is real and Rod P Ammari. I need to compile all my info to a final report that consists of the following.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

- **9:03am**

  **Michael or agent** says openly that they just trying to distract me from my duties and are.

  Now he describes he gave my father fraudulent unlawful detainer by hacking my father's social security because he has bad knees 61 years old undergoing knee surgeries. Another way to retaliate against me and brings to my attention he **used paid off officers** to have me fraudulently **and 10/31/22** and admitting coercing my 11-year-old daughter to stay away out of know where, which she did unknowledgeable of so. Evidence of this is the names of the other inmates at the time and sheriffs that worked with the jail. Then following my daughter's birthday **12/19/2023** was the day of court for the fraudulent unlawful detainer which left me in a loss and suffering.

  Now he is making allegations of what I done to justify why he believes it is ok. His behavior.

  To add to this Hate Crime these criminals for the dept of treasury or Rays non-profit they had my friend take me to one of Rays and Micheals assistant or agents car lot taking me for a ride in my incarcerated cousins' car coincidentally and speak of him often. I say every day in the 4 months as well A William Carney decd every day.


- **05/06/2024 7:51AM**

  Just realized I have a screen shot of a cashier at the casino Play on and in relation to all RTG games (dorogons Dragon) by the name of **Kirsten Razo. One letter transposed from previous manager that was stalking me and coincidentally exposing information about the fraudulent unlawful detainer to my Manager Marlyn Manoz**

- **2:28pm**

  Father experiencing issues with Family legal Aid. Stating that they were closed by strangers in office on Kern Street Family Legal care center. His case was drawn up by same people that committed fraud on me as well. Therse people are upset and saying no one gets out of there obsession-stricken stalking and they can do these things for no legitimate reason.

  After speaking with him yesterday he told me of the same antics and types of distracting and threatening types of things the people that live on the upper floor do on demand by these individuals. Such as messing with the water line, spraying different types of chemicals, making weird obnoxious sounds and walking exactly where you are no matter the time.

  Furthermore, my father's case number is 000000000000.



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

- **9:42PM**

  The same antics are used, and they have a problem with me doing my work and marking evident by saying they are serious with this TIGTA stuff and try to distract me in numerous ways.

- **05/07/2024 – 8:09AM**

  Today they are using these lasers to affect my breathing and make that relevant by asking me if I am inebriated but in the sense of the moment, I believe because I am short of breath due to being ill and notice they like to use terms to make one feel as if they are wrong t5o cover up their wrong doing. Antics that I have specified in detail in a written Special Agent Ganey Report in Article III.

- **05/19/2024**

  THE FIRST THIN THEY RESPOND TO AFTER WRITING THIS IS "DID YOU TAKE A CHECK BOOK BACK IN DCF?"

  Ironically, I was the one to report 3 checks missing from my inventory to special Agent Ganey which was documented as I followed up an additional time with TIGTA and disturbs me that TIGTA expressed this misconduct by a Federal Agent is not under jurisdiction. It is to cover for someone that this began with back in that unit that has prior record of this type of misconduct.

  Foremost Mary Calderon-Martinez is the Wife of Richard Calderon, Retired TIGTA SPECIAL AGENT and this is on record with **Special Agent in charger Dahl Agent Wall & Assistant IG Rod P Ammari** which may be posing or not under their correct names for me to get a proper analysis for whom is an actual agent **for Ray and Michaels** protection by limiting me to a few agents only to speak to and in attempt by doing so my 2 attempts to issue me memorandum that our OPS Daniel Gonzalez agreed seems out of place undefined as if I cannot ever go to the TIGTA office even for emergency and threatened with being suspended up to removal from the service preassigned.

  To stay on topic Michael Calderon is the son of Mary and Richard and was responsible along with Ray Najera ( **family still working directly for the dept of treasury – TIGTA, Ray has also made statements that I am used for the training his daughter's Alyssa and Another young lady that unfortunately been brought into this terrible situation containing sexual harassment and insubordination** ) tried to set me up by staging a series of events that I understand from townhall meetings is something they do to root out those that may have malicious intent.

  Yet, when this was unachievable by **Ray & Michael**, due to my work ethic and love for my job I never committed anything to harm myself and equally important the Taxpayers I have committed my time and service to for 16 years now.



Federal Tax Information (FTI) Share only with authenticated authorized persons with a need to know.

They were embarrassed by doing it off the record as I am told and later Michael's Father being responsible ht. This was relayed to me by **Karla Wenzel, Patricia Sandoval & Mary Calderon-Martinez in the DCF Unit**. The Manager at the time **was Jessica Garcia.**

The same unit where there was a staged promotion for me and was given to another person at the same name hired from the street for an AUR position when the USA Jobs posting was internal and mist disturbing my manger **Ruth and DM Rachell** seen my name on the BQ list and received a call as well email to report. My desk was decorated and seemed Karla knew because she did not show on my last day.

This correlates to the attempt to defame my character and using my DM Felicia by telling her it is a special investigation to create an Instruction course by the name of The Surge led and orchestrated **by Dallwinder??**

Even more harmful 2 people were fired behind all this misbehavior that were tied to me. One Ray dated channary Tith which the was Caught by **TIGTA for forgery. Making fake Dr's notes to court her outside of their entitled Sick Leave.** During the same time and after me then had her fired ad another former employee fired for making a remark out loud about his religion. Not to mention he then dated another woman I dated after me as well. These are Facts as they can be accounted for and seen together at **Ray and Michaels Non-Profit Organization** celebration for opening.





Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

All Snag its photos will not load when trying to compile report. All others will. You can tell they are remotely logged into my comp and delaying me from finishing before the day ends to prolong this and avoid going to TIGTA which may be Ganey's or Michaels in office Day. Usually, Dahl is, and Wall is in office yet remember they had to come into office for meeting and always choose Tuesdays so??

All Snag its photos will not load when trying to compile this report. I say this because you can tell they are remotely logged into my comp in effort to delay me from going to see an attorney before the day ends. Also. to prolong this catastrophe and deter me from going to TIGTA. Obviously to prevent me to see Special Agent Ganey or Michaels in office. Usually, Dahl is at the door when he is the Agent in charge and most recently when visiting told me I am not a priority holding our report for a month before do and had another Agent send it to me VIA email. Prior to that sent all the documentation back that consisted of a 2 ½ inch folder with of information. This sensitive information was mishandled and handed to me by management Marlyn Manoz.



Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

**Unauthorized ACCESS - Users**

I just received my comp back and is having people connected that are not permitted.

Connection to IRS VON DEFAULT MODE when I set to Airplane mode moments before this change.

♦ **05/17/2024**

They are holding my emails back and pretending my manager this morning. They are trying to make me seem like a disgruntled employee and let me work from home yesterday on a telework agreement. Making my manager say crude things that are unprofessional.

Last night one of them said they shoot my kids if something ever happened to his little girls.

I have not been able to close many cases because of this harassment and behavior and, they made an exception to not come in to prove Marco is not a real employee and is used by Michael for his fake investigation. Thursdays are in in office days.

On Wednesday the 15th they cause a work stoppage on purpose to ruin me and working on my report so I would not file it or print it in office, The day before my in-office day.

Federal Tax Information (FTI) share only with authenticated authorized persons with need to know.

My SETR has been affected and will be emailing Agent Ganey Today regarding this and see if I receive a response and ask if she has received my FOIA request and previous documentation that DAHL & WALL all intercepted when addressed to her and said to be on her desk.

**10:59am**

They deleted various AMRH files fom inventory used along with AMS.



⚓    Ray, I notice may be raciest. He is always asking about the woman that I dated that are of the Armenian race. Saying that he knows everyone that I had a friendship with.  Even more disturbing they child molest with their lasers to make them pee and as I said before seducing them to put their private parts in the air. As I write this they said, "let's see you move up." Also made a threat to send a photograph of me naked to people.

**05/21/2024**

New memorandum – misuse of time. My manager was not included in this email sent at 10:45 or DM so, not sure how she obtained this FTI confidential information.

Rosemary responded add to report.

No response from 33 people in TIGTA

# End of narrative during my TOD

Federal Tax Information (FTI) Share only with authenticated authorized personnel with need to know.

# Narrative Outside TOD beginning 01/22/2024 -05/22/2024

- **1/22/24 - 2:37pm**

Again, laser in left eye.

- **1/28/24 9:14pm**
At moms and laser in left eye and temple again. Threats again and told would not get help from TIGTA. Laser to top of head as well. Told Michael and Richard plan on setting me up or frame me for wanting to get help for being stalked and harassed. Made comments about whistleblowers office. Also said SA A.G. Would not help because in cahoots with others in TIGTA and R.N. Was not in the Agency but used to hack my device.

I believe this could be some sort of terrorist activity because it happened at work and all my siblings home as well every store etc. also to people, I know and even children.
From multiple laser beam attacks in my eye.

This correlates with the police I filed from my previous home as well as the break into my vehicle. Was told why they stole my backpack with my deceased cousin William Carneys notebook and personal items coincidentally he was coerced by laser that transmits sound and scans any item or object and drill because they didn't want me to use to take off door panel to the vehicle.

Currently feeling lasers on my head and consistently being talked to daily and says that the voice synthesizer is messing with my head. Told Ray and Mi have told other agents not to help.

Changed email from the one I have in draft and intend to send to SA A.G.

Racial slurs and threats about my little sisters and nieces. And admit to prior assaults to my mother.

My girlfriend Lower back has laser marks in the same faces they make in bathroom and told specific actions I am making in restroom.

Statements about doing sexual activities because they are being used to make money for other people watching.

And others at my sister's house. Where a child can see.

- **2/27/2024 - 7:20pm**

Federal Tax Information (FTI): share only with authenticated authorized persons with need to know.

At friends and still feel the laser assault and the constant feeling in left eye.

Special investigation started when?

Suddenly no response to above question. Quiet As they been. Laser in left eye again ... repeat above, they get excited and mix a bunch of random information together... Racial slurs still no response to question above. Releasing cortisol by targeting behind ears. They seem to like that.

Expressed sexual harassment and they still do not care after mentioning misconduct and employee rights which makes them aware.
Feel my tongue vibrate and lips as well.

Still avoiding when investigating started...??

Trying to set you up."
Also, they insist I keep my tongue on her roof of mouth.

Excuse to cover fraudulent unlawful detainer that was served by a special agent first addressed as Richard but now as Raymond.
Ray Tires- Remember a photo of him in front of a tire shop.
TIGTA TIGTA.... repeat

They admit to a wrongful arrest and was to see how I reacted. Answer questions they ask directly, and they still go in about the sand thing over and over as if it's just a joke and a reason to distract me and nothing good nor do they encourage good, instead just repeat the same ignorant thoughtless words.

Always make dumb responses to positive actions I take. Always so he's so adamant? Think in lack of better things to say or do. Dumb voice synthesizers that sound like they are smiling and happy overly.

Again, asking about people in the past that I have no recollection of. And in this regard the presume they get to keep harassing and assaulting me.

Also consistently making remarks about me clinching my penis and anus.

Asking me "do you know that someone molested my son" poor conduct and in funny dumb voice synth. Now laser again at anus expecting a response from me in anger I suppose.

Admit to not letting me login to my websites. And they don't work when trying to login. Attempt to make me angry to presumably make me say something they desire which is ...?

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

Now state this is not recorded. I do not consent to such.
Do they want me to look at a little girl walking a dog with shorts on??

## 2/28/2024 5:15pm

Police report. - constant stress and not able to live that way and feel it's a hate crime.
They use laser in private area so I cannot take a picture if prove that. This is what they are doing to promote odors and over time cause damage to that area. They want me to say, "Anal Leakage".

- Fake set up work -Michael Ray tried to frame me and failed as Karla   said and Richard was Furious following this was.
- Fake promotion
- Me in jail fraudulently - used BM TIGTA let me out Singh in holding cell with me.

Bills over charged.
Child support
Credit check
- Edward seen at car was where Ray used his daughter as bait as she washe3de his whitr Benz.
- Rays Daughters Alyssa and the other unknown old enough to work.

Will murdered - said they got information from him before his passing and apparent they were using the same tech on him as well. It is unknown why they were and also, why the didn't report this incident to the police.

Unlawful detainer
- Fake special investigation
- Spoofed all websites.

All information was provided by people in the clock for TIGTA. How else was info received??

## 03/01/2024 - 12:35 am

Sexual harassment. Still persist.
Lasers attacking joints. I placed tape behind ears and at jaw line and then they began to shoot lasers at, but area and I repeated sexual harassment and they still insisted.

Said their investigation was sanctioned by the dept of treasury. Under Agent Dahl
Also, to stomach area.



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

Still harassing me in the restroom and act careless and questions about something they cannot or won't specify. Holding back my funds as well as the 10,000.00 they stole… Screen Shot.

https://block.opendns.com/main?url=88888815897989891568807816847066836873168774 6 984&ablock&server=lax3&prefs=&tagging=&nref

### 3/3/2024

Sexual assault and harassment continue. I asked who you are, and they said Ray Najera…

⯈ Dropped off case to Jason Sisk to route to TIGTA.

Today they stole and hacked coin game casino and then they admitted finally that it was nothing work related or about stealing a check from the mail room back before Richard retired with Glenn as the set-up person and I have the note he gave clarify and prove this. Thank you, Ray, for sharing that information. So, everything was all a lie and must have been over channary or Angelica.

### 3/10/2024

This morning woke up to a series of questions. And they were about what they can do to my mom's car remotely jeopardizing my life by breaking down my vehicle remotely. Threats not to go to CI because they will not help me and still threading me of allegations that I am unaware of.
Told using lasers to tell someone that I look at little girls. That is a big problem and invasion of privacy because they even stated that the look at my pending and compare to other people in my family.
They say that I have snitch on someone and that I should not go to CI. They will not stop eve if do go and see the GSF property management attorney Steven Hrdlicka.

Now messing with my girlfriend and making racial slurs specifically nigger.
Told to look at my niece's private parts. Sexual predator tendencies as before when told masturbate.

### 9:24am

Told my Ray Najera his dad is agent Dahl and that he is the inspector General for the department of treasury. He just said that he can watch me through his laser f*k.
My girlfriend. Sexual predator tendencies as before his daughter and him say to Jack off with the lights on.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

Trying to bribe me after stealing over 10 grand from me and blaming me some unknown allegations. Calling me a *nigger* repeatedly and mentioning that he wants me to say someone's name and he's TIGTA.

He/they offered to give my money back if I was to masturbate and let them visually project my Manager Marlyn Manoz. Then they change mind and say they do not have to pay me back. It's all covered by their government agency due to a special investigation conducted to cover the fraud back in December.

Asked me to file police report and then he will leave me alone. Claims he is attorney Hrdlicka, and this is so important to his daughters, even though it was fraudulent.

Continues to talk to me constantly to distract me and know what I'm going to say in appellant court. Previously said he was the one that had Jordan's family help apply this illegal action in the court.

Now says he threatening to expose some false allegations about my personal life that is not work related and still makes claims that I stole a check book.

Now threatens to use his laser tech in past relatives and friends even confessed to using this on William Carney and currently calling me a snitch ass nigger.
Says he will see me appellant court and uses multiple voice synthesizers.

Just made it clear it was over Channary Tith. Potentially why he set her up to get fired. Then had me promoted to the (DCF) dishonored check Unit.

I went to Ganey after my checks were missing that Michael stole to make me look bad. Ironically, I observed over time they speak of rape because Michael and Ray allege their cousin-niece or immediate relative was in a unfortunate situation that later proved by the police that there was no foul play. Yet Richard Targeted me for Michael AND Rays children to practice or use me as some sort of specimen.

- Breathing is shortened by their assaults.

Proves he can remotely control my mom's car and stalled it out 2 times ok mid traffic and almost cause injury to me and others. Was upset that I filed my appeal in time.

He claims it was his daughters' gift unlawful detainer even if fraudulent. Then racial claims that he is upset that I may have slept with Armenian people and is offended of this says Susan artamean and Lisa abelsmish Alyssa, Edith is in relation to him. Edgar may be in relation or name change. Also, William carney slept with Susan and claims this is aggression and he stated how killed him. And has laser projections of him in my home. Edith, he stayed as well. I had relations with her in the past so I am afraid that this psychotic behavior will



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

continue to get worse, and he has a history of forgery and anxiety. Channary Tith says he is Armenian and that he is Illuminati and that's why he can do what he wants a uses TIGTA like nothing for their resources.

## 3/13/2024- 4:51pm

Emailed Ganey this morning.
Michael is heating and vibrating driver seat this time killing the battery remotely as Ray was previously. Did not want me to get to work or to go see Agent Ganey nor did not let car start or file my appeal against a fraudulent unlawful detainer.

- I lost a leave and missed work being charged AWOL.
- Michael gave full confession last night about how it all began and why.
- coincidentally things still are occurring.

## 3/15/2024

Poor antics and poor tactics. Manipulation continues and they create different effects with their lasers. Now hacking wallet applications, I use to transfer funds within account from the department of agriculture.

Another attempt to kill car while driving.

## 3/18/2024

Talking about watching me have intercourse with my spouse and arresting me after I do my taxes. Obviously still stalking and false claims of a special investigation just to cover their fraudulent unlawful detainer.

Came to my attention that my ordered merchandise was altered for me not to investigate my own dwelling. Also, that Ray wanted his kid's to be old enough to use someone as a specimen to practice on and Ray act like he can get away with anything is because they need him for his hacking capabilities.
10,000 was stolen by ray impersonating every customer service rep and so on.
Kristen Razo was a name he used to stage as Customer service Rep banning me from an online gaming platform and still does this now on GOV time.

## 03/23/2024

Even after exhausting my funds, they still harass me. When their point was for me not to have anything and to tell their boss that they do not care what they know or if they know.

Also, that they aim laser to my lungs to cause my breathing to weaken. Also, my heart area as well. After winning 10k they repeat that they are Fing my head up use voice synthesis to

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

mask their true feelings and emotions. This is constant and notice that they change shifts at the same time as traditional IRS employees.

### 3/23/2024

Repeat that they are so happy I lost my Apt. also ask if my son was molested and this was mentioned in report to Agent Dahl, and he instead asked me "if I raped anyone?" They seem to want me to be angry as possible in the hope of me saying something they can use to cover their own misconduct. They do not want me to win any money in any way. Which is why they are doing the fraud and modified y credit on all three reporting agencies. Then also, without my or mother of my children's child support payments. They also want me to put specific things in my report, yet they claim to have a special investigation.

Went to TIGTA office and agent Wall was brandishing weapon next to badge and asked to look through my backpack and remember them bringing this black box out in the interview and they disregarded the info i typed. Also, female agent took a photo of me with personal phone.

Using manager as a crutch by using their emails and team's messages in place of them.

Invoke dreams and even made things happen that are hard to imagine coming from an organization or agency that has morals and integrity.

This has been going on with the sound/laser since early November till now. Have not had 1 moment or a chance to even shower or have personal relations with spouse without them stalking and observing.
8 months =240 days x 24 hours = 5,460 paid hours. How is this not known? $86,000 in paid hours or more. Not including resources and OT nor actual pay.

Stress and stalking, harassment, sabotage and misconduct and coercive activity.
Loss of leave to attend court and go to TIGTA and CI. Furthermore, slowed performance and time with family.

Modified CS and credit report. Hired fake officers and posed as Fresno police and Sheriffs. Also, will not let websites load to prevent me to play or do any work to make me any income.

Called police at 2 am. Sexual assault still happening currently they claim they will not ever stop. Cops said they will send someone out. Called TIGTA OFFICE. Racial slurs. Claim they killed my cousin and used lasers on him before his death.

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know.

Made video may be modified. Fake police officers came out that were staged by Ray and knew I was calling them a second time. Call Detective and ask for validation of police officers coming out to a call.

## 3/28/2024

**Michael Ray Alyssa still committing sexual assault towards me.**

Agent Dahl posing as another Agent who is related to him and uses to get away with crime.

Edward address given to police dept today when I call and ask for homicide detective. Rays alleged brother staying the Park west apt.

⚓ See Photo of modified google maps to hide where he lives.

Said they will never stop stalking me and still using laser to assault and threaten me, Michael still taking turns with Ray.

Dahl said they are not agents of US TREASURY NOR IRS ON RECORD OR CONTRACTED.

The reasons for repeating the terms or statements consistently are to distract me from thinking clearly and to be disruptive.
Obsessive behavior and sexual misconduct in front of my niece and threats to my girlfriend.

Just threatened to sexual assault my niece. Now acting like a sexual predator to minors at the age of 7 years old and last night said look at your niece and had a laser at her for head.

This morning woke up and soon as I did Michaels asked about the laser targeting my rectum and asking deceased people involvement in being purified by the Indians. "Jealousy and aware of their obsession seem to be growing."

Laser at jaw muscle while eating cereal and asked what if I had to Eat without any muscles in the Jaw.

## 4/3/2024

Laser still targeting joints and ribs.

Just become worse and now at my genitals. Learned that the lasers tether.

## 4/20/2024

This sexual predator is tethering to my niece and talking nonsense. Basically, analyzing the information with me about the case I am going to file. Still has no answer for even communicating with me.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

May need to file a restraining order because if their obsession and cyber bullying.

**6:58pm**

Trying to reorganize my files in my phone and being tampered with ad I do and talked to be Ray or Michael. Saying obnoxious things and today confirmation of E-FAX received by coworker that was intended to be recon OGDEN TIGTA OFFICE.

**12:28am**

Walking home from moms and stalked by Michael and had several police officers stalk me in a total of six as Michael questioned me about random nonsense. From chevron he used several lasers at my genitals and elsewhere cameras reflect this all the way to bus stop where I stopped on front of another camera and all the way near home where the last police officer drove by on first and Bullard. Used all street cameras and made eye contact with comments to TIGTA. And Michael. Blackstone and Ashlan to Bullard then eastbound down to Cedar.
Claims he is a private investigator and uses the governments resource's particularly TIGTA, through Ray.

**4/21/2024 - 7:20pm**

- Tells me to turn around in the shower and flush the toilet.
- Threatened by police officers again and stopped bid to delay me from getting home.
- Bus 38 bus number 1605 -*160610

Belmont cedar, called TIGTA suspect Ray and Michael. One officer fled after making eye contact and the driver if the police vehicle SUV. Turned the other and left his partner going North on cedar and the other officer on foot south on cedar.

Tethers weakens as this happened.
People already back talking to me with different tones as before. They changed during that time and means they made it back to their hub within 7 min roughly.

**4/22/241 - 2:41 am**

Michael and Ray after being embarrassed by their fake police staging just admit to stealing my money a third time by intercepting my crypto deposit and they openly admit it. Also, they

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

pretend to be my VIP Agent Dimitri and explains how they pretended to be customer service and steal my $10, 000.

⚓ Note that every time I take a photo that they hack and modify it.

♦ **6:12am**

On the way to work and taking bus 1705 on route 38 currently and they are using laser again to stay tethered to face and targeting left foot and butt area. They say to cause me to smell. Immune girlfriend said she smelled last night as if there was a heater under my butt area. as I write this they continue to do so. Sexual misconduct and assault.

♦ **9:38 am**

In restroom and lasers still at my anus and they admit to that is what they want to do, and they also have one at my left foot in restroom. Sexual misconduct and assault. 11/23/24

· **11:50am**

They want me to give my notice to Rod P Ammari. On bus 38 11:50am on my way to TIGTA and sheriff office. Any minute they said Agent Ganey will be stopping the bus like they did a few days ago. Asking me questions I am looking into camera and giving them answers and then they do nothing about it and make threats not to go to office.

⚓ **12:32pm**

on bus 1718 route 26? Westbound Ventura showed docs on bus.

♦ **4/26/2024**

This morning woke up to the same assault and have been doing some thinking and realized Marco Jaramillo is Michael Calderon. I will be sharing this with the union on swing shift today along with the ops and director. The ops are TIGTA.

Last night Michael projected his mom and Marlyn in my restroom performing      some lude acts that were very disturbing even after I asked out loud for him to please   not observe me or watch me in the restroom and explained the laws etc. and he still proceeded.

♦ **4/28/2024**

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

TIGTA agents done another malicious act by coercing two individuals to break into my mom's car. Have photos and detailed notes in other phone need to add photo of my hacked device that shows my hidden photos folder is missing.

### 5/6/2024- 6:55am

Mentioned that my sister has not been working many hours lately and they went on about that she must depend on my money and so on so that she has a harder time paying her bills etc. as before I assume raising her PG Bill. As they also said they are going to make her kick me out.

### 05/17/2024 - 2:02pm

⚓ Called GAO after received an update on my credit report. Fraud on my payroll and united states dept of agriculture-IRS.

⚓ Corbin and Rob the name of the Supervisor contacted.

⚓ Jamie -said she is an agent.

⚓ Hip hop music playing on hold line/ Spoofed GAO line. Stalkers listing in.

### 05/18/2024

Today they seem inebriated. Making comments about FB. He is hacking Facebook to show ex-girlfriend of mine. He recently had a girl dress up like her with padded clothing and all on the FAX bus as I stated a couple weeks ago when seeing him in front of Amazon.

I am uncomfortable as well because when showering earlier he tried acting like Kristen Razo too perform more lude acts with sound effects. Showing signs of obsession and lack of candor.

He needs some sort of attention to make himself feel better because he finally gets a chance to feel as if he is control because of his bogus special investigation.

I will do y best to not interact as I read that it just keeps or makes them more infatuated.

Now they are suggesting things about family and sexual misconduct I rather not express I am trying to do my OT and like to get some work done.

**Now that I have written this, he slows down his speech and starts to say the obnoxious things as if he suffers from a mental deficit. I hate to believe but afraid I do that he has some sort of anger and desire to harm me. He intends to distract me and cannot go 5 minutes without saying soomehing quite frankly dumb. I was not being smart to consider this individual an agent but if so, I hope they reevaluate their agents and look over their report to see what the point is being rude and as if they have no sense of dignity or respect for themselves.**

**He now mentions again my manager again. This is why I emailed her signed letter to GAO explaining this and a hard copy to the OPS if these individuals ever can share their report**

Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

with anyone, yet I doubt that and using government resources and pai time to do whatever they like which is directly contract to their Agent Mission statement.

They use the TERM a lot "He/they just wants me to get off him" ...

Has a habit of saying who is S. G> and indicating he stole my hard drive from my computer long ago with family photos. Seems to get some sort of excitement out of it and make weird noises with his mouth. Not sure if they are serious because they narrate what I write and literally sit and wait for me do make any action to say out loud. I will look this behavior up so I can gain a better understanding of this type of stalker/criminal. Again, about they speak about raping someone and use their lasers to stimulate my growing for unknow reasons...

- Rod P Ammari not real Agent
- Au Man not real Agent
- Marco Jaramillo not real employee
- JASON KNARR
- BRANDON PRITCHARD

**4:57pm**

Ray made a statement to not talk to his children or he will do something to me.

**I Made a comment saying if you like me to write something down that William said or some allegation then you must prove you are speaking to me...**

♦ **05/20/2024 8:47am**

I Come across cases often that reflect past experiences, events, and/or family members in a negative fashion. These Entities reflect this from the Name controls to the street addresses. I will begin to list them in the Discussion section.

♦ **05/21/2024**

Today received memo not to email GAO, WO, OIG, FOIA or any agency anytime during my work time because it may be a misuse of time even though it was already prewritten, and I had it set at a specific time and scheduled it using Microsoft to send before a certain hour. Also, something about my SETR when I sent two emails regarding the leave and text messages including my SF71 timely. Saying something along the lines SETR because I clocked in at 11 giving me 4.5 hours of work time meaning I must request leave for the remainder of the time 3.5 of leave totaling 8hrs.
Additionally, I did not send to her the email specified unless it is the one, I asked her to sign if she has a problem with the harassment, I have received that included her and not to mention I given the OPS a hard copy of this as well.

Federal Tax Information (FTI) Share only with authenticated authorized persons with need to know.

So, I am not sure where this misconception that led to another extreme response or action against me and in teams she wrote while I was on break...

- **8:24pm**

Just started overtime and already these Agents that claim to be from TIGTA are changing my QUICK CC SCENARIOS.

ALIAS for JASON or BRANDON seem strange.



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

◆ **11:07pm – During OT 8-12pm**



As I try to complete my work these individuals tell me that I will not be able to work from home even with the screen shots and they freeze my AMS multiple times as I progress through my cases.

✤ **One of them admits enjoying being a <u>sadist.</u>**



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

**These two accounts are an hour apart.**

♦   **05/22/2024**



Federal Tax Information (FTI): Share only with authenticated authorized persons with need to know.

Ray has a Facebook profile and seen it myself with his daughters and channary Tith has photos of them together as well. He says to me he is ROD P Ammari and Agent Dahls Superior. Which reminds me the most recent visit to office there was an agent hiding in the hallway. I visited to pick up my Audio Report Agent Dahl says you are not a priority. Lady Agent blocked camera in front of TIGTA door at the time and Agent Dahl says ROD P is whom he reports to. I ask who Kirk and he is saying he is one of the executives there.

Most important is the misconduct and from their fraud that led to me losing my home.

This same thing happened with Whistle blower.

Neighbor on top make noise

Screen shots of phone hacked as same as comp hacked.

Using lasers to mark on people's body.

05/18/2024

Michael may be related to this woman, or she may be used as a set up by Richard to target someone for Michael then Ratys Kids. Meaning for TIGTA. Which explains why they say that they put dire in prison and that they were tethered to William at the time of his murder and did not report it. They also had josh take me to a TIGTA owned car lot and had me ride in my cousin who is incarcerated as a joke.

They constantly talk about rape and coincidentally my sister was raped, and they joke about her being raped by them and go on about raping my other sister and daughter.

They speak of these things often and explains why Ray was dating the same woman as me more than a couple times. Also, the spoof promo9tion given to someone else with the same exact name allegedly when working in DCF. Then the harassment to get me fired because of me not stealing from DCF and the Michael stile checks to make me look guilty, yet I reported this to Agent Ganey. Then I went to jail from fake officers on Halloween by names Ray was putting in my check inventory. Then Then my girlfriend was hit by a car and the sued by Rays fake court documents. The same way he set up the unlawful detainer here served me with.

Now he is using Agent Ganey as a cover her in knowingly and Agent Dahl is helping him because if his lies and Michael's dad retiring saying TIGTA does not; 't snitch on TIGTA. I see Ray go into TIGTA office a couple times and passed record of forgery and cyber - stalking. He

Federal Tax Information (FTI), Share only with authenticated authorized persons with need to know.

claims to be in a cult that I was invited to be in, and I denied and channary just did not understand and Ray had her fired afterwards for seeing g me still and they caught forging doctors noted together as well.

Police report of this i noticed they speak of incidents of the past and they, make allegations and for some reason they did not make any report of these allegations at the time and as i can tell now they try to notice me to write there allegations down giving me the notion that they have no right nor are they doing a special investigation as they tell my manager friends and family. just to cover their fraud. they make claims of William saying somethings so Tellme that they had a profile of him and boast about it and having one ion me the last six months but still have nothing. obvious to see why now agent Ganey is not responding nor any emails to any outside agency and why my comp was taken and +3-4 people new in the unit suddenly. including manager that they are blackmailing me with that looks like someone i dated, i have shared this with manager and ops already!

now saying GAO is going to watch my every move yet, they hacked my personal device and the IRS intranet and modified all real contacts and rerouted all fame and emails for the last six months.

this was about 12 years ago n ow i have been staked and confirmed by the wife and other TIGTA colleagues whom and why this began. now there saying he is rod p Ammari. meaning agent dahl knew of this and lied to me on record 03/27/2024 and allowed them to commit these crimes against me nor did he stop them.

Ray Najera and Michael Calderon, I believe now under the Alias Brando Knarr and Jason Pritchard or possibly some cover. Performing a special investigation to pass time and avoid this premeditated scandal and blatant disrespect to the Dept of treasury. Some of the other individuals who is responsible are Steven Hrdlicka & Janeen Breedlove. (GSF INC vs brown case 23cecl09760) The key person is Ray for serving me the summons and Michael for the theft of $10k. This fraudulent unlawful detainer motion to evict me as Ray posing as a sheriff. I lost my home and fell into financial debt as the modified my credit report and modified my child support and other financial documents. Also, a series of other crimes defined in this report.

Below are some contacts I made in the hope I be able to communicate with a real Agent, I have unable to reach anyone because of my emails being misdirected and spoofed replieds.

Federal Tax Information (FTI). Share only with authenticated authorized persons with need to know.

05/23/2024

Reached out in office on a LAN line. 1:52pm

 

# Ship, manage, track, deliver



**RATE & SHIP**        TRACK         **LOCATIONS**

**TRACKING ID**

775967440474

**TRACK**

**MULTIPLE TRACKING NUMBERS  |  NEED HELP?**

**DELIVERED**

# Wednesday

4/17/2024 at 9:36 am

Signed for by: J.HUNT

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅

✉ Get Status Updates

 **Report missing package**

**TRACKING ID**

775967440474  ✎  ☆

    **FROM**

    FRESNO, CA US

    *Label Created*

     4/15/2024 8:41 PM

    FRESNO, CA

     4/15/2024 6:41 PM



7654 N Blackstone Ave
Fresno, CA 93720-4300
559.432.0225

---

April 15, 2024 6:44 PM
Receipt #: TRMK00202320

---

FedEx Express                        $9.75
FedEx Express Saver
775967475630

Recipient Address
IRS Submission Processing
3211 S NORTHPOINTE DR
FRESNO, CA 93725, US
000-000-0000
Scheduled Delivery Date: 04/19/2024
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
No Signature Required
FEDEX_ONE_RATE
Package Weight: 0.05 lb (S)
Declared Value: $100

---

Express Subtotal           $9.75

Tax            $0.00
Total          $9.75

************** PURCHASE **************
             APPROVED
now shipping charges are calculated
are available upon request or at
fedex.com/serviceguide.

Manually Weighed = (M), Weighed by
Scale = (S), Taxable Item = T.

Visit us at: fedex.com
Or call 1.800.GoFedEx
(1.800.463.3339)

---



7654 N Blackstone Ave
Fresno, CA 93720-4300
559.432.0225

---

April 15, 2024 6:41 PM
Receipt #: TRMK00202319

---

FedEx Express                        $16.50
FedEx Express Saver
775967440474

Recipient Address
I.R.S.
1973 Rulon White Blvd
OGDEN, UT 84201, US
000-000-0000
Scheduled Delivery Date: 04/19/2024
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
Direct Signature Required
FEDEX_ONE_RATE
Package Weight: 0.55 lb (S)
Declared Value: $100

---

Express Subtotal          $16.50

Tax            $0.00
Total         $16.50

************** PURCHASE **************
             APPROVED

Manually Weighed = (M), Weighed by
Scale = (S), Taxable Item = T.

Visit us at: fedex.com
Or call 1.800.GoFedEx
(1.800.463.3339)



# Tenant Ledger

**Tenants:** Rodney T. Brown
**Home:** (559) 475-0911
**Mobile:** (559) 532-1498
**Unit:** 190
**Property:** Sunburst Apartments - 4294 N Hughes Ave. Fresno, CA 93705
**Status:** Evict
**Move in date:** 02/01/2019
**Move out date:** --
**Lease Expiration:** --
**Rent:** 1,155.00
**Deposit Paid:** 1,200.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 10/11/2018 | | Other Income - Appl. Fee | 15.00 | | 15.00 |
| 10/11/2018 | Rodney T. Brown | Credit Card Payment (Reference #94GG-RN45) | | 15.00 | 0.00 |
| 10/23/2018 | | Security Dep - Collected | 1,200.00 | | 1,200.00 |
| 10/23/2018 | Rodney T. Brown | Payment (Reference #17-855144444) security dep | | 500.00 | 700.00 |
| 10/23/2018 | Rodney T. Brown | Payment (Reference #17-855144445) security dep | | 500.00 | 200.00 |
| 10/23/2018 | Rodney T. Brown | Payment (Reference #17-855144446) security dep | | 200.00 | 0.00 |
| 02/01/2019 | | Scheduled Rent - Move In Charge: 12 Month Lease | 845.00 | | 845.00 |
| 02/01/2019 | | Other Income - RUBS - Move In Charge: Rubs | 25.00 | | 870.00 |
| 02/01/2019 | Rodney T. Brown | Payment (Reference #17-803641449) Feb Rent | | 500.00 | 370.00 |
| 02/01/2019 | Rodney T. Brown | Payment (Reference #17-803641450) Feb Rent | | 350.00 | 20.00 |
| 02/05/2019 | Rodney T. Brown | Payment (Reference #31-14165335) February rent 2019 | | 20.00 | 0.00 |
| 02/28/2019 | Rodney T. Brown | ACH Payment (Reference #1B89-14AC) | | 870.00 | -870.00 |
| 03/01/2019 | | Other Income - RUBS - March 2019 - Rubs | 25.00 | | -845.00 |
| 03/01/2019 | | Scheduled Rent - March 2019 - 12 Month Lease | 845.00 | | 0.00 |
| 04/01/2019 | | Other Income - RUBS - April 2019 - Rubs | 25.00 | | 25.00 |
| 04/01/2019 | | Scheduled Rent - April 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 04/05/2019 | Rodney T. Brown | ACH Payment (Reference #AFC6-ACE5) | | 870.00 | 0.00 |
| 05/01/2019 | | Other Income - RUBS - May 2019 - Rubs | 25.00 | | 25.00 |
| 05/01/2019 | | Scheduled Rent - May 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 05/05/2019 | Rodney T. Brown | ACH Payment (Reference #D188-ED66) | | 870.00 | 0.00 |
| 06/01/2019 | | Other Income - RUBS - June 2019 - Rubs | 25.00 | | 25.00 |
| 06/01/2019 | | Scheduled Rent - June 2019 - 12 Month Lease | 845.00 | | 870.00 |

Created on 12/14/2023

Case 1:24-cv-00663-KES-BAM   Document 1   Filed 06/06/24   Page 106 of 112

# Tenant Ledger

Page 107 of 112   Filed 06/06/24   Document 1   Case 1:24-cv-00663-KES-BAM

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 06/05/2019 | Rodney T. Brown | ACH Payment (Reference #1BD3-0388) | | 870.00 | 0.00 |
| 07/01/2019 | | Other Income - RUBS - July 2019 - Rubs | 25.00 | | 25.00 |
| 07/01/2019 | | Scheduled Rent - July 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 07/01/2019 | Rodney T. Brown | ACH Payment (Reference #21C6-DD08) | | 870.00 | 0.00 |
| 08/01/2019 | | Other Income - RUBS - August 2019 - Rubs | 25.00 | | 25.00 |
| 08/01/2019 | | Scheduled Rent - August 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 08/05/2019 | Rodney T. Brown | ACH Payment (Reference #D03A-3682) | | 870.00 | 0.00 |
| 09/01/2019 | | Other Income - RUBS - September 2019 - Rubs | 25.00 | | 25.00 |
| 09/01/2019 | | Scheduled Rent - September 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 09/05/2019 | Rodney T. Brown | ACH Payment (Reference #CFFB-66B2) | | 870.00 | 0.00 |
| 10/01/2019 | | Other Income - RUBS - October 2019 - Rubs | 25.00 | | 25.00 |
| 10/01/2019 | | Scheduled Rent - October 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 10/06/2019 | Rodney T. Brown | ACH Payment (Reference #3F45-4402) | | 870.00 | 0.00 |
| 11/01/2019 | | Other Income - RUBS - November 2019 - Rubs | 25.00 | | 25.00 |
| 11/01/2019 | | Scheduled Rent - November 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 11/06/2019 | Rodney T. Brown | ACH Payment (Reference #DF5B-D276) | | 870.00 | 0.00 |
| 12/01/2019 | | Other Income - RUBS - December 2019 - Rubs | 25.00 | | 25.00 |
| 12/01/2019 | | Scheduled Rent - December 2019 - 12 Month Lease | 845.00 | | 870.00 |
| 12/06/2019 | Rodney T. Brown | ACH Payment (Reference #3B81-3C26) | | 870.00 | 0.00 |
| 12/10/2019 | | Other Income - Late Charge - Dec Late Fee | 75.00 | | 75.00 |
| 01/01/2020 | | Other Income - RUBS - January 2020 - Rubs | 25.00 | | 100.00 |
| 01/01/2020 | | Scheduled Rent - January 2020 - 12 Month Lease | 845.00 | | 945.00 |
| 01/05/2020 | Rodney T. Brown | ACH Payment (Reference #E52A-C7B0) | | 945.00 | 0.00 |
| 02/01/2020 | | Other Income - RUBS - February 2020 - Rubs | 28.00 | | 28.00 |
| 02/01/2020 | | Scheduled Rent - February 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 02/06/2020 | Rodney T. Brown | ACH Payment (Reference #99E0-22F0) | | 943.00 | 0.00 |
| 03/01/2020 | | Other Income - RUBS - March 2020 - Rubs | 28.00 | | 28.00 |
| 03/01/2020 | | Scheduled Rent - March 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 03/06/2020 | | Other Income - Late Charge - LF for March 2020 | 75.00 | | 1,018.00 |
| 03/06/2020 | Rodney T. Brown | ACH Payment (Reference #C9AE-35A0) | | 915.00 | 103.00 |
| 04/01/2020 | | Other Income - RUBS - April 2020 - Rubs | 28.00 | | 131.00 |
| 04/01/2020 | | Scheduled Rent - April 2020 - 12 Month Lease | 915.00 | | 1,046.00 |
| 04/05/2020 | Rodney T. Brown | ACH Payment (Reference #41B9-5390) | | 1,046.00 | 0.00 |
| 04/08/2020 | | Rep & Maint - T/C Recovery - new gate access card-0003270 | 50.00 | | 50.00 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 04/23/2020 | Rodney T. Brown | ACH Payment (Reference #4AFA-7C00) | | 50.00 | 0.00 |
| 05/01/2020 | | Other Income - RUBS - May 2020 - Rubs | 28.00 | | 28.00 |
| 05/01/2020 | | Scheduled Rent - May 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 05/06/2020 | Rodney T. Brown | ACH Payment (Reference #681A-CF10) | | 943.00 | 0.00 |
| 06/01/2020 | | Other Income - RUBS - June 2020 - Rubs | 28.00 | | 28.00 |
| 06/01/2020 | | Scheduled Rent - June 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 06/05/2020 | Rodney T. Brown | ACH Payment (Reference #4600-D710) | | 943.00 | 0.00 |
| 07/01/2020 | | Other Income - RUBS - July 2020 - Rubs | 28.00 | | 28.00 |
| 07/01/2020 | | Scheduled Rent - July 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 07/05/2020 | Rodney T. Brown | ACH Payment (Reference #D6E8-11F0) | | 943.00 | 0.00 |
| 08/01/2020 | | Other Income - RUBS - August 2020 - Rubs | 28.00 | | 28.00 |
| 08/01/2020 | | Scheduled Rent - August 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 08/06/2020 | Rodney T. Brown | ACH Payment (Reference #2F03-BCD0) Reversed by NSF | | 943.00 | 0.00 |
| 08/11/2020 | Rodney T. Brown | NSF reversal receipt for Reference #2F03-BCD0 | | -943.00 | 943.00 |
| 08/26/2020 | Rodney T. Brown | ACH Payment (Reference #3B82-0C70) | | 950.00 | -7.00 |
| 09/01/2020 | | Other Income - RUBS - September 2020 - Rubs | 28.00 | | 21.00 |
| 09/01/2020 | | Scheduled Rent - September 2020 - 12 Month Lease | 915.00 | | 936.00 |
| 09/08/2020 | Rodney T. Brown | ACH Payment (Reference #D295-A3D0) | | 936.00 | 0.00 |
| 10/01/2020 | | Other Income - RUBS - October 2020 - Rubs | 28.00 | | 28.00 |
| 10/01/2020 | | Scheduled Rent - October 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 10/07/2020 | Rodney T. Brown | ACH Payment (Reference #10EC-D020) | | 943.00 | 0.00 |
| 11/01/2020 | | Other Income - RUBS - November 2020 - Rubs | 28.00 | | 28.00 |
| 11/01/2020 | | Scheduled Rent - November 2020 - 12 Month Lease | 915.00 | | 943.00 |
| 11/12/2020 | Rodney T. Brown | ACH Payment (Reference #941E-50B0) | | 888.00 | 55.00 |
| 11/14/2020 | Rodney T. Brown | ACH Payment (Reference #01BD-3670) | | 68.00 | -13.00 |
| 12/01/2020 | | Other Income - RUBS - December 2020 - Rubs | 28.00 | | 15.00 |
| 12/01/2020 | | Scheduled Rent - December 2020 - 12 Month Lease | 915.00 | | 930.00 |
| 12/03/2020 | Rodney T. Brown | ACH Payment (Reference #3599-6680) | | 930.00 | 0.00 |
| 01/01/2021 | | Other Income - RUBS - January 2021 - Rubs | 28.00 | | 28.00 |
| 01/01/2021 | | Scheduled Rent - January 2021 - 12 Month Lease | 915.00 | | 943.00 |
| 01/05/2021 | Rodney T. Brown | ACH Payment (Reference #C540-2720) | | 943.00 | 0.00 |
| 02/01/2021 | | Other Income - RUBS - February 2021 - Rubs | 28.00 | | 28.00 |
| 02/01/2021 | | Scheduled Rent - February 2021 - 12 Month Lease | 965.00 | | 993.00 |
| 02/06/2021 | Rodney T. Brown | ACH Payment (Reference #B463-72A0) | | 880.00 | 113.00 |

Case 1:24-cv-00663-KES-BAM   Document 1   Filed 06/06/24   Page 108 of 112

# Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 02/20/2021 | Rodney T. Brown | ACH Payment (Reference #C2E9-4970) | | 173.00 | -60.00 |
| 03/01/2021 | | Other Income - RUBS - March 2021 - Rubs | 28.00 | | -32.00 |
| 03/01/2021 | | Scheduled Rent - March 2021 - 12 Month Lease | 965.00 | | 933.00 |
| 03/06/2021 | Rodney T. Brown | ACH Payment (Reference #EEB9-C550) | | 933.00 | 0.00 |
| 04/01/2021 | | Other Income - RUBS - April 2021 - Rubs | 28.00 | | 28.00 |
| 04/01/2021 | | Scheduled Rent - April 2021 - 12 Month Lease | 965.00 | | 993.00 |
| 04/03/2021 | Rodney T. Brown | ACH Payment (Reference #6F36-CC10) | | 993.00 | 0.00 |
| 05/01/2021 | | Other Income - RUBS - May 2021 - Rubs | 28.00 | | 28.00 |
| 05/01/2021 | | Scheduled Rent - May 2021 - 12 Month Lease | 965.00 | | 993.00 |
| 05/04/2021 | Rodney T. Brown | ACH Payment (Reference #9403-4070) | | 993.00 | 0.00 |
| 05/31/2021 | Rodney T. Brown | ACH Payment (Reference #7FA9-EF50) | | 993.00 | -993.00 |
| 06/01/2021 | | Other Income - RUBS - June 2021 - Rubs | 28.00 | | -965.00 |
| 06/01/2021 | | Scheduled Rent - June 2021 - 12 Month Lease | 965.00 | | 0.00 |
| 07/01/2021 | | Other Income - RUBS - July 2021 - Rubs | 28.00 | | 28.00 |
| 07/01/2021 | | Scheduled Rent - July 2021 - 12 Month Lease | 965.00 | | 993.00 |
| 07/01/2021 | Rodney T. Brown | ACH Payment (Reference #6644-3C10) | | 993.00 | 0.00 |
| 07/30/2021 | Rodney T. Brown | ACH Payment (Reference #4A30-5C90) | | 993.00 | -993.00 |
| 08/01/2021 | | Other Income - RUBS - August 2021 - Rubs | 28.00 | | -965.00 |
| 08/01/2021 | | Scheduled Rent - August 2021 - 12 Month Lease | 965.00 | | 0.00 |
| 09/01/2021 | | Other Income - RUBS - September 2021 - Rubs | 28.00 | | 28.00 |
| 09/01/2021 | | Scheduled Rent - September 2021 - 12 Month Lease | 965.00 | | 993.00 |
| 09/04/2021 | Rodney T. Brown | ACH Payment (Reference #ECCB-5050) Reversed by NSF | | 993.00 | 0.00 |
| 09/09/2021 | Rodney T. Brown | NSF reversal receipt for Reference #ECCB-5050 | | -993.00 | 993.00 |
| 10/01/2021 | | Other Income - RUBS - October 2021 - Rubs | 28.00 | | 1,021.00 |
| 10/01/2021 | | Scheduled Rent - October 2021 - 12 Month Lease | 965.00 | | 1,986.00 |
| 10/06/2021 | Rodney T. Brown | Payment (Reference #1138923280) | | 1,100.00 | 886.00 |
| 11/01/2021 | | Other Income - RUBS - November 2021 - Rubs | 28.00 | | 914.00 |
| 11/01/2021 | | Scheduled Rent - November 2021 - 12 Month Lease | 965.00 | | 1,879.00 |
| 11/15/2021 | Rodney T. Brown | Payment (Reference #1138923569) | | 950.00 | 929.00 |
| 12/01/2021 | | Other Income - RUBS - December 2021 - Rubs | 28.00 | | 957.00 |
| 12/01/2021 | | Scheduled Rent - December 2021 - 12 Month Lease | 965.00 | | 1,922.00 |
| 12/07/2021 | Rodney T. Brown | Electronic Cash Payment (Reference #3C25-B3F0) | | 796.01 | 1,125.99 |
| 12/11/2021 | Rodney T. Brown | Electronic Cash Payment (Reference #FA58-70D0) | | 116.00 | 1,009.99 |
| 01/01/2022 | | Other Income - RUBS - January 2022 - Rubs | 28.00 | | 1,037.99 |

# Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 01/01/2022 | | Scheduled Rent - January 2022 - 12 Month Lease | 965.00 | | 2,002.99 |
| 01/08/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #C04D-2690) | | 716.00 | 1,286.99 |
| 01/10/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #83C4-1E80) | | 230.00 | 1,056.99 |
| 02/01/2022 | | Other Income - RUBS - February 2022 - Rubs | 30.00 | | 1,086.99 |
| 02/01/2022 | | Scheduled Rent - February 2022 - 12 Month Lease | 1,050.00 | | 2,136.99 |
| 02/13/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #BABF-9C10) | | 395.00 | 1,741.99 |
| 03/01/2022 | | Other Income - RUBS - March 2022 - Rubs | 30.00 | | 1,771.99 |
| 03/01/2022 | | Scheduled Rent - March 2022 - 12 Month Lease | 1,050.00 | | 2,821.99 |
| 03/05/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #BA0B-C810) | | 1,200.00 | 1,621.99 |
| 03/10/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #9C76-22C0) | | 360.00 | 1,261.99 |
| 03/31/2022 | | Rep & Maint - T/C Recovery - Broken front window | 140.00 | | 1,401.99 |
| 04/01/2022 | | Other Income - RUBS - April 2022 - Rubs | 30.00 | | 1,431.99 |
| 04/01/2022 | | Scheduled Rent - April 2022 - 12 Month Lease | 1,050.00 | | 2,481.99 |
| 04/26/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #B30F-29D0) | | 700.00 | 1,781.99 |
| 04/26/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #618A-21D0) | | 160.00 | 1,621.99 |
| 05/01/2022 | | Other Income - RUBS - May 2022 - Rubs | 30.00 | | 1,651.99 |
| 05/01/2022 | | Scheduled Rent - May 2022 - 12 Month Lease | 1,050.00 | | 2,701.99 |
| 05/05/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #407A-2820) | | 995.00 | 1,706.99 |
| 06/01/2022 | | Other Income - RUBS - June 2022 - Rubs | 30.00 | | 1,736.99 |
| 06/01/2022 | | Scheduled Rent - June 2022 - 12 Month Lease | 1,050.00 | | 2,786.99 |
| 06/01/2022 | | Rep & Maint - Interior Labor - Replace all 4 drip pans. | 10.36 | | 2,797.35 |
| 06/06/2022 | | Other Income - Late Charge - Late Fee for Jun 2022 | 80.00 | | 2,877.35 |
| 06/07/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #1EE4-04C0) | | 480.00 | 2,397.35 |
| 07/01/2022 | | Other Income - RUBS - July 2022 - Rubs | 30.00 | | 2,427.35 |
| 07/01/2022 | | Scheduled Rent - July 2022 - 12 Month Lease | 1,050.00 | | 3,477.35 |
| 07/06/2022 | | Other Income - Late Charge - Late Fee for Jul 2022 | 80.00 | | 3,557.35 |
| 08/01/2022 | | Other Income - RUBS - August 2022 - Rubs | 30.00 | | 3,587.35 |
| 08/01/2022 | | Scheduled Rent - August 2022 - 12 Month Lease | 1,050.00 | | 4,637.35 |
| 08/06/2022 | | Other Income - Late Charge - Late Fee for Aug 2022 | 80.00 | | 4,717.35 |
| 08/23/2022 | Rodney T. Brown | Payment (Reference #1221239873) | | 1,400.00 | 3,317.35 |
| 09/01/2022 | | Other Income - RUBS - September 2022 - Rubs | 30.00 | | 3,347.35 |
| 09/01/2022 | | Scheduled Rent - September 2022 - 12 Month Lease | 1,050.00 | | 4,397.35 |
| 09/06/2022 | | Other Income - Late Charge - Late Fee for Sep 2022 | 80.00 | | 4,477.35 |
| 10/01/2022 | | Other Income - RUBS - October 2022 - Rubs | 30.00 | | 4,507.35 |

Case 1:24-cv-00663-KES-BAM Document 1 Filed 06/06/24 Page 110 of 112

# Tenant Ledger

Case 1:24-cv-00663-KES-BAM   Document 1   Filed 06/06/24

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 10/01/2022 | | Scheduled Rent - October 2022 - 12 Month Lease | 1,050.00 | | 5,557.35 |
| 10/02/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #8F2E-5C50) | | 155.00 | 5,402.35 |
| 10/06/2022 | | Other Income - Late Charge - Late Fee for Oct 2022 | 80.00 | | 5,482.35 |
| 10/11/2022 | Rodney T. Brown | Payment (Reference #12879) Rental Assitance - City of Fresno- 09/20/22 | | 4,326.99 | 1,155.36 |
| 11/01/2022 | | Other Income - RUBS - November 2022 - Rubs | 30.00 | | 1,185.36 |
| 11/01/2022 | | Scheduled Rent - November 2022 - 12 Month Lease | 1,050.00 | | 2,235.36 |
| 11/06/2022 | | Other Income - Late Charge - Late Fee for Nov 2022 | 80.00 | | 2,315.36 |
| 11/09/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #1F62-A6A0) | | 750.00 | 1,565.36 |
| 11/11/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #1E05-2010) | | 195.00 | 1,370.36 |
| 12/01/2022 | | Other Income - RUBS - December 2022 - Rubs | 30.00 | | 1,400.36 |
| 12/01/2022 | | Scheduled Rent - December 2022 - 12 Month Lease | 1,050.00 | | 2,450.36 |
| 12/05/2022 | Rodney T. Brown | Electronic Cash Payment (Reference #F958-0A80) | | 845.00 | 1,605.36 |
| 12/06/2022 | | Other Income - Late Charge - Late Fee for Dec 2022 | 80.00 | | 1,685.36 |
| 01/01/2023 | | Other Income - RUBS - January 2023 - Rubs | 30.00 | | 1,715.36 |
| 01/01/2023 | | Scheduled Rent - January 2023 - 12 Month Lease | 1,050.00 | | 2,765.36 |
| 01/02/2023 | Rodney T. Brown | Electronic Cash Payment (Reference #B39F-8080) | | 400.00 | 2,365.36 |
| 01/02/2023 | Rodney T. Brown | Electronic Cash Payment (Reference #8C77-F210) | | 195.00 | 2,170.36 |
| 01/06/2023 | | Other Income - Late Charge - Late Fee for Jan 2023 | 80.00 | | 2,250.36 |
| 02/01/2023 | | Other Income - RUBS - February 2023 - Rubs | 30.00 | | 2,280.36 |
| 02/01/2023 | | Scheduled Rent - February 2023 - 12 Month Lease | 1,050.00 | | 3,330.36 |
| 02/02/2023 | Rodney T. Brown | Payment (Reference #1138926750) Rent and Fees | | 1,150.00 | 2,180.36 |
| 02/02/2023 | Rodney T. Brown | Payment (Reference #1138926710) Rent and Fees | | 1,600.00 | 580.36 |
| 02/06/2023 | | Other Income - Late Charge - Late Fee for Feb 2023 | 80.00 | | 660.36 |
| 02/23/2023 | Rodney T. Brown | Payment (Reference #1138926886) | | 580.00 | 80.36 |
| 03/01/2023 | | Other Income - RUBS - March 2023 - Rubs | 30.00 | | 110.36 |
| 03/01/2023 | | Scheduled Rent - March 2023 - 12 Month Lease | 1,050.00 | | 1,160.36 |
| 03/06/2023 | | Other Income - Late Charge - Late Fee for Mar 2023 | 80.00 | | 1,240.36 |
| 03/14/2023 | Rodney T. Brown | Payment (Reference #1138927022) | | 1,080.00 | 160.36 |
| 03/27/2023 | Rodney T. Brown | Payment (Reference #1138927121) Late Fee Payment | | 80.00 | 80.36 |
| 04/01/2023 | | Other Income - RUBS - April 2023 - Rubs | 30.00 | | 110.36 |
| 04/01/2023 | | Scheduled Rent - April 2023 - 12 Month Lease | 1,050.00 | | 1,160.36 |
| 04/06/2023 | | Other Income - Late Charge - Late Fee for Apr 2023 | 80.00 | | 1,240.36 |
| 04/10/2023 | Rodney T. Brown | Payment (Reference #1138927320) | | 515.00 | 725.36 |
| 04/14/2023 | Rodney T. Brown | Payment (Reference #1138927359) | | 535.00 | 190.36 |

# Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 05/01/2023 | | Other Income - RUBS - May 2023 - Rubs | 30.00 | | 220.36 |
| 05/01/2023 | | Scheduled Rent - May 2023 - 12 Month Lease | 1,155.00 | | 1,375.36 |
| 05/06/2023 | | Other Income - Late Charge - Late Fee for May 2023 | 80.00 | | 1,455.36 |
| 05/16/2023 | Rodney T. Brown | Payment (Reference #1138927602) | | 300.00 | 1,155.36 |
| 06/01/2023 | | Other Income - RUBS - June 2023 - Rubs | 30.00 | | 1,185.36 |
| 06/01/2023 | | Scheduled Rent - June 2023 - 12 Month Lease | 1,155.00 | | 2,340.36 |
| 06/01/2023 | Rodney T. Brown | Payment (Reference #1138927682) | | 805.00 | 1,535.36 |
| 06/06/2023 | | Other Income - Late Charge - Late Fee for Jun 2023 | 75.00 | | 1,610.36 |
| 06/24/2023 | Rodney T. Brown | Payment (Reference #1138927917) May Rent / June Rent | | 1,545.00 | 65.36 |
| 07/01/2023 | | Other Income - RUBS - July 2023 - Rubs | 30.00 | | 95.36 |
| 07/01/2023 | | Scheduled Rent - July 2023 - 12 Month Lease | 1,155.00 | | 1,250.36 |
| 07/06/2023 | | Other Income - Late Charge - Late Fee for Jul 2023 | 75.00 | | 1,325.36 |
| 07/08/2023 | Rodney T. Brown | Payment (Reference #1138928057) July Rent | | 1,255.00 | 70.36 |
| 08/01/2023 | | Other Income - RUBS - August 2023 - Rubs | 30.00 | | 100.36 |
| 08/01/2023 | | Scheduled Rent - August 2023 - 12 Month Lease | 1,155.00 | | 1,255.36 |
| 08/06/2023 | | Other Income - Late Charge - Late Fee for Aug 2023 | 75.00 | | 1,330.36 |
| 09/01/2023 | | Other Income - RUBS - September 2023 - Rubs | 30.00 | | 1,360.36 |
| 09/01/2023 | | Scheduled Rent - September 2023 - 12 Month Lease | 1,155.00 | | 2,515.36 |
| 09/06/2023 | | Other Income - Late Charge - Late Fee for Sep 2023 | 75.00 | | 2,590.36 |
| 10/01/2023 | | Other Income - RUBS - October 2023 | 45.00 | | 2,635.36 |
| 10/01/2023 | | Scheduled Rent - October 2023 - 12 Month Lease | 1,155.00 | | 3,790.36 |
| 10/06/2023 | | Other Income - Late Charge - Late Fee for Oct 2023 | 75.00 | | 3,865.36 |
| 10/28/2023 | Rodney T. Brown | Payment (Reference #0140506740) | | 1,400.00 | 2,465.36 |
| 10/28/2023 | Rodney T. Brown | Payment (Reference #0140506693) | | 1,400.00 | 1,065.36 |
| 10/28/2023 | Rodney T. Brown | Payment (Reference #0140505725) | | 1,400.00 | -334.64 |
| 11/01/2023 | | Other Income - RUBS - November 2023 | 45.00 | | -289.64 |
| 11/01/2023 | | Scheduled Rent - November 2023 - 12 Month Lease | 1,155.00 | | 865.36 |
| 11/06/2023 | | Other Income - Late Charge - Late Fee for Nov 2023 | 75.00 | | 940.36 |
| 12/01/2023 | | Other Income - RUBS - December 2023 | 45.00 | | 985.36 |
| 12/01/2023 | | Scheduled Rent - December 2023 - 12 Month Lease | 1,155.00 | | 2,140.36 |
| **Total** | | | | | **2,140.36** |

Case 1-24-cv-00663-KES-BAM    Document 1    Filed 06/06/24    Page 112 of 112

Created on 12/14/2023