1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

RODNEY T. BROWN,

Case No.: 1:24-cv-00663-KES-BAM

12

       Plaintiff,

ORDER REQUIRING PLAINTIFF TO FILE
COMPLETED APPLICATION TO
PROCEED IN FORMA PAUPERIS OR
PAY FILING FEE WITHIN THIRTY
DAYS

13

  v.

14
15

JUDGE WHALEN,

16

       Defendant.

17

18       Plaintiff Rodney T. Brown, proceeding *pro se*, filed this civil action on June 6, 2024,

19 along with an application to proceed *in forma pauperis*.  (Docs. 1, 2.)  However, Plaintiff's form

20 application to proceed *in forma pauperis* does not provide sufficient information for the Court to

21 determine if he is entitled to proceed without prepayment of fees or costs.  Although Plaintiff's

22 application indicates that he receives employment income in the amount of "$1,300 PP," he does

23 not specify the pay period, e.g., monthly, weekly, or bi-weekly.  (Doc. 2 at 2.)

24       Accordingly, IT IS HEREBY ORDERED that:

25       1.     Within thirty (30) days from the date of service of this order, Plaintiff shall file

26 the attached application to proceed *in forma pauperis*, completed and signed, or in the

27 alternative, pay the $405.00 filing fee for this action;

28       2.     No extension of time will be granted without a showing of good cause; and

1

3.      The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:    **July 1, 2024**                        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE