1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY T. BROWN, | Case No.: 1:24-cv-00663-KES-BAM |
| Plaintiff, | |
| | ORDER REGARDING PLAINTIFF'S VOLUNTARY DISMISSAL |
| v. | |
| JUDGE WHALEN, | |
| Defendant. | |

Plaintiff Rodney T. Brown, proceeding *pro se*, filed this civil action on June 6, 2024, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) The Court subsequently ordered Plaintiff to file a completed application to proceed *in forma pauperis* as his form application did not provide sufficient information for the Court to determine if he was entitled to proceed without prepayment of fees or costs. (Doc. 4.) On August 2, 2024, Plaintiff filed a statement in which he writes that he "request[s] to set aside (CANCEL) Case No.: 1:24-cv-00663-KES-BAM… To be clear case "Rodney T. Brown v. Judge Whalen' is to be Deleted until future filing of new case." (Doc. 5 at 1.)

///

///

///

1

The Court construes Plaintiff's statement as a notice of voluntary dismissal.  In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  This Court VACATES all pending dates and matters.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **August 7, 2024**                    ___/s/ *Barbara A. McAuliffe*___

UNITED STATES MAGISTRATE JUDGE